## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| PSN Illinois v. Sigma-Aldrich, EMD Biosciences, VWR Int'l, Orbigen, Axxora Life Sciences, Cayman Chemical Comp., Origiene Technologies, Superarray Bioscience, Tocris Bioscience, and Millipore | FILED: JULY 1, 2008<br>08CV3742<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE VALDEZ<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PSN Illinois, LLC

| NAME (Type or print) |
|---|
| Michael P. Mazza |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Michael P. Mazza/ |

| FIRM |
|---|
| Michael P. Mazza, LLC |

| STREET ADDRESS |
|---|
| 686 Crescent Blvd. |

| CITY/STATE/ZIP |
|---|
| Glen Ellyn, IL 60137 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6201609 | (630) 858-5071 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐