IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PSN ILLINOIS, LLC,** an Illinois corporation, | ) ) ) Case No. |
| Plaintiff, | ) ) ) **COMPLAINT FOR** ) **PATENT INFRINGEMENT** |
| vs. | ) )     FILED: JULY 1, 2008 |
| Sigma-Aldrich Corp., EMD Biosciences Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp. | )     08CV3742 )     JUDGE PALLMEYER )     MAGISTRATE JUDGE VALDEZ )     TG ) ) ) **DEMAND FOR JURY TRIAL** |
| Defendants. | ) |

## NOTIFICATION AS TO AFFILIATES

As required by LR 3.2, Plaintiff PSN Illinois, LLC, an Illinois corporation, provides the following information to the court:

The parent of PSN Illinois, LLC is PSN Limited, LLC, whose address is 2711 Centerville Road, Suite 300, PMB 817, Wilmington, DE 19808-1645. No public ownership of any kind exists in PSN Illinois, LLC, or PSN Limited, LLC.

Respectfully submitted,

/s/ Michael P. Mazza
Michael P. Mazza (IL Bar No. 6201609)
Dana L. Drexler (IL Bar No. 6291515)
Michael P. Mazza, LLC
686 Crescent Blvd.,
Glen Ellyn, IL 60139
P: 630-858-5071
E-Mail: mazza@mazzallc.com

Shawn M. Collins (IL Bar No. 6195107)
Robert L. Dawidiuk (IL Bar. No. 6282717)
The Collins Law Firm
1770 N. Park Street, Suite 200
Naperville, IL 60563
P:  630-527-1595
E-Mail:  smc@collinslaw.com

*Attorneys for Plaintiff*
*PSN Illinois, LLC*