IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRCT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PSN ILLINOIS, LLC,<br>an Illinois corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Sigma-Aldrich Corp., EMD Biosciences Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp.<br><br>    Defendants. | Case No.<br><br>COMPLAINT FOR<br>PATENT INFRINGEMENT<br><br>FILED: JULY 1, 2008<br>08CV3742<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE VALDEZ<br>TG<br><br>DEMAND FOR JURY TRIAL |

NOTICE OF CLAIM INVOLVING PATENTS
PURSUANT TO LR 3.4 AND 35 U.S.C. §290

  Pursuant to LR 3.4 and 35 U.S.C. §290, Plaintiff PSN Illinois, LLC ("PSN"), having an address of 280 W. Adams Street, Chicago, Illinois 60604, hereby provides notice that this action involves two patents: United States Patent No. 5,856,443, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued Jan. 5, 1999 ("the '443 patent"); and United States Patent No. 6,518,414B1, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Feb. 11, 2003 ("the '414 patent") (collectively, "PSN's Patents") (copies attached to the Complaint). PSN's Patents are alleged to be infringed in the action by the defendants: Sigma-Aldrich Corp., 3050 Spruce Street, St. Louis, MO 63103; EMD Biosciences Inc., 10394 Pacific Center Court, San Diego, CA 92121, 441 Charmany Drive, Madison, WI 53719, and 480 S.

Democrat Road, Gibbstown, NJ 08027; VWR International LLC, 1310 Goshen Parkway, West Chester, PA 193850; Orbigen, Inc., 6827 Nancy Ridge Drive; Axxora Life Sciences, Inc., 6181 Cornerstone Court East, Suite 103, San Diego, CA 92121; Cayman Chemical Company Inc., 1180 E. Ellsworth Rd., Ann Arbor, MI 48108; Origene Technologies, Inc,. 6 Taft Court, Suite 300, Rockville, MD 20850; Superarray Bioscience Corp., 15 Wormans Mill Court, Suite 101, Frederick MD 21701; Tocris Bioscience, 16144 Westwoods Business Park, Ellisville, MO 63021; and Millipore Corp., 290 Concord Rd. Billerica, MA 01821.

/s/ Michael P. Mazza
Michael P. Mazza (IL Bar No. 6201609)
Dana L. Drexler (IL Bar No. 6291515)
Michael P. Mazza, LLC
686 Crescent Blvd.,
Glen Ellyn, IL 60139
P: 630-858-5071
E-Mail:  mazza@mazzallc.com

Shawn M. Collins (IL Bar No. 6195107)
Robert L. Dawidiuk (IL Bar. No. 6282717)
The Collins Law Firm
1770 N. Park Street, Suite 200
Naperville, IL 60563
P:  630-527-1595
E-Mail:  smc@collinslaw.com

*Attorneys for Plaintiff*
*PSN Illinois, LLC*