# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| PSN Illinois v. Sigma-Aldrich, EMD Biosciences, VWR Int'l, Orbigen, Axxora Life Sciences, Cayman Chemical Comp., Origiene Technologies, Superarray Bioscience, Tocris Bioscience, and Millipore | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PSN Illinois, LLC

| | |
|---|---|
| NAME (Type or print)<br>Dana L. Drexler | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Dana L. Drexler/ | |
| FIRM<br>Michael P. Mazza, LLC | |
| STREET ADDRESS<br>686 Crescent Blvd. | |
| CITY/STATE/ZIP<br>Glen Ellyn, IL 60137 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6291515 | TELEPHONE NUMBER<br>(630) 858-5071 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |