# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 08 CV 3742

PSN ILLINOIS, LLC

V.

SIGMA-ALDRICH CORP., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PSN ILLINOIS, LLC

| | |
|---|---|
| NAME (Type or print) <br> Robert L. Dawidiuk | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert L. Dawidiuk | |
| FIRM <br> The Collins Law Firm, P.C. | |
| STREET ADDRESS <br> 1770 N. Park Street, Suite 200 | |
| CITY/STATE/ZIP <br> Naperville IL 60563 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6282717 | TELEPHONE NUMBER <br> (630) 527-1595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |