



6827 Nancy Ridge Drive
San Diego, CA 92121
Sales 1.866.ORBIGEN
Tech 858.457.5423
Fax 858.362.2030

08cv3742

July 16, 2008

Michael W. Dobbins, Clerk
**Chicago Office**
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604
**Telelephone:**
(312) 435-5670

**F I L E D**

JUL 1 8 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Mr. Dobbins,

Regarding Case Number 08-cv-03742, I have responded with a letter to plaintiff's attorney Mr. Michael P. Mazza as attached. Please advice as to what I need to do further.

Sincerely,

Terry Huang
President
Orbigen, Inc.

www.orbigen.com



6827 Nancy Ridge Drive
San Diego, CA 92121
Sales 1.866.ORBIGEN
Tech 858.457.5423
Fax 858.362.2030

July 16, 2008

Michael P. Mazza, LLC
686 Crescent Boulevard
Glen Ellyn, IL 60137

FILED
JUL 18 2008   YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Mr. Mazza,

Regarding Case Number 08-cv-03742, in which Orbigen is sued for infringement of a patent held by PSN Illinois, LLC. I believe we must have used portions of the sequence that is under such patent in the synthesized peptides we used to produce polyclonal antibodies for sales to the research community. (Catalog Number PAB-10630 and PAB-U0005)

Although the founder of this company has left about three years ago, I know we had produced a few hundred polyclonal antibodies in year 2003. We have not been producing any antibody since. I believe the founder has no intention to infringe any intellectual properties of others and that they must have crossed the line without knowledge. In the past, from December 2003 till 3/21/07, we have had sales of $2,134 from these two products. There have been no sales since 3/22/07. Upon receiving the summons, I have removed the two products from our product offering. As a very small company without any intention to infringe any intellectual properties of others, I hope this action may satisfy a settlement. Please let me know if you have any questions.

Sincerely,

Terry Huang
President
Orbigen, Inc.

cc.   Michael W. Dobbins, Clerk
      United States District Court

www.orbigen.com