**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRCT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PSN ILLINOIS, LLC,** | ) | |
| an Illinois corporation, | ) | **Case No.** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **COMPLAINT FOR** |
| | ) | **PATENT INFRINGEMENT** |
| **vs.** | ) | |
| | ) | |
| **Sigma-Aldrich Corp., EMD Chemicals** | ) | |
| **Inc., VWR International LLC, Orbigen,** | ) | |
| **Inc., Axxora Life Sciences, Inc.,** | ) | |
| **Cayman Chemical Company, Inc.,** | ) | |
| **Origene Technologies, Inc., Superarray** | ) | |
| **Bioscience Corp., Tocris Bioscience, and** | ) | |
| **Millipore Corp.** | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| **Defendants.** | ) | |

## AMENDED COMPLAINT

1.     Plaintiff, PSN ILLINOIS, LLC. ("PSN"), complains of defendants ("Defendants") as follows:

## NATURE OF LAWSUIT

2.     This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

## THE PARTIES

3.     PSN is an Illinois corporation with a place of business at 280 W. Adams Street, Chicago, Illinois 60604.  PSN is the assignee of, and owns all rights, title and interest in and to, and has standing to sue for past, present and future infringement of: United States Patent No. 5,856,443, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Jan. 5, 1999 ("the '443 patent") (Exhibit A); and

1

United States Patent No. 6,518,414B1, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Feb. 11, 2003 ("the '414 patent") (Exhibit B) (collectively "PSN's Patents").

4.      Defendant Sigma-Aldrich Corp. (Sigma) is a company incorporated in Delaware with a principal place of business at 3050 Spruce Street, St. Louis, MO 63103. Sigma transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

5.      Defendant EMD Chemicals Inc. (aka EMD Biosciences Inc.) (EMD) is a company incorporated in New York with principal places of business at 480 S. Democrat Road, Gibbstown, NJ 08027.  EMD transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

6.      Defendant VWR International LLC (VWR) is a company incorporated in Delaware with its principal place of business at 1310 Goshen Parkway, West Chester, PA 193850.  VWR transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

7.      Defendant, Orbigen, Inc. (Orbigen) is a company incorporated in California with its principal place of business at 6827 Nancy Ridge Drive, San Diego, CA 92121.  Orbigen transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

8.      Defendant, Axxora Life Sciences, Inc. (Axxora) is a company incorporated in Delaware with its principal place of business at 6181 Cornerstone Court East, Suite 103, San Diego, CA 92121.  Axxora transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

9.      Defendant, Cayman Chemical Company Inc. (Cayman) is a company incorporated in Colorado with its principal place of business at 1180 E. Ellsworth Rd., Ann Arbor, MI 48108.  Cayman transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

10.      Defendant, Origene Technologies, Inc. (Origene) is a company incorporated in Delaware with its principal place of business at 6 Taft Court, Suite 300, Rockville, MD 20850.  Origene transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

11.      Defendant, Superarray Bioscience Corporation (Superarray) is a company incorporated in Delaware with its principal place of business at 15 Wormans Mill Court, Suite 101, Frederick MD 21701.  Superarray transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

12.      Defendant, Tocris Bioscience (Tocris) is a company incorporated in Delaware with its principal place of business at 16144 Westwoods Business Park, Ellisville, MO 63021.  Tocris transacts business and has sold to customers and/or offered

for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

13.    Defendant, Millipore Corporation (Millipore) is a company incorporated in Massachusetts with its principal place of business at 290 Concord Rd. Billerica, MA 01821.  Millipore transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

## JURISDICTION AND VENUE

14.    This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. §§ 1331 and 1338(a).

15.    Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b), (c), (d) and/or 1400(b).

## THE DEFENDANTS' ACTS OF PATENT INFRINGEMENT

16.    Defendant Sigma has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $_P{}^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including the following products:

      i.    S1P2 C-Terminal Blocking Peptide (Catalog # E8028);

      ii.    Anti-S1P2, C-Terminal antibody produced in rabbit (Catalog # E7278);

      iii.    Monoclonal Anti-S1P2, C-Terminal antibody produced in mouse (Catalog # E4767); and

       iv.     Monoclonal Anti-S1P2, N-Terminal antibody produced in mouse (Catalog # E4892).

17.     Defendant EMD has infringed claims of at least the'443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $_P{}^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including the following: Anti- EDG 5 (Ab-1) Mouse mAb (Catalog # GR44).

18.     Defendant VWR has infringed claims of at least the'443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $_P{}^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including the following: S1P2 Receptor Antagonist (Catalog # 80017-352).

19.     Defendant Orbigen has infringed claims of at least the'443 and '414 patents through, among other activities, the manufacture, use, offer for sale, sale, and/or distribution of products and service utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $_P{}^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including these products:

       i.     Rabbit Endothelial differentiation sphingolipid G-protein-coupled receptor 5 (EDG5) polyclonal antibody (Catalog # PAB-10630); and

       ii.     Chicken Endothelial differentiation sphingolipid G-protein-coupled receptor 5 (EDG5) polyclonal antibody (Catalog # PAB-U0005).

20.     Defendant Cayman has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or

distribution of products and service utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $_P{}^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including the following: JTE-013 (Catalog # 10009458).

21.     Defendant Axxora has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and service utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $_P{}^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including at least the following product corresponding to Cayman catalog: JTE-013 (Catalog # CAY-1009458).

22.     Defendant Origene has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $_P{}^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including these products:

    i.     Homo sapiens endothelial differentiation, sphingolipid G-protein coupled receptor, 5 (EDG5) as 10ug transfection ready DNA NM_004230.2 (Catalog # SC117485);

    ii.     HuSH 29mer shRNA Constructs against EDG5 Locus ID = 9294 (Catalog # TR313297);

    iii.     ORF Clone of Homo sapiens endothelial differentiation, sphingolipid G-protein-coupled receptor, 5 (EDG5) as 10 ug transfection ready DNA NM_004230.2 (Catalog # RC210163); and

iv.     shRNA constructs against Mus musculus Edg5 Locus ID = 14739 (Catalog # TR513284).

23.    Defendant Superarray has infringed claims of at least the'443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $_P{}^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including these products:

i.     Human G-Protein-Coupled Receptor Signaling PathwayFinder™ (Catalog # PAHS-071);

ii.     RT$^2$ PCR Primer Set for Mouse EDG 5: Endothelial differentiation, sphingolipid G-protein coupled receptor, 5 (Catalog # PPM05309A);

iii.    Oglio GE Array Human G-Protein-Coupled Receptor Signaling PathwayFinder™ (Catalog # OHS-071 and EHS-071); and

iv.     SureSilencing shRNA Plasmid for Human EDG5: Endothelial differentiation, sphingolipid G-protein coupled receptor, 5 (Catalog # KHO2350G for the GFP marker or KH02350N for the Neomycin resistance marker).

24.    Defendant Tocris has infringed claims of at least the'443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $_P{}^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including at least the

following product: S1P receptor antagonist, highly selective for S1P2 (EDG-5) (Catalog # 2392 JTE-013).

25.     Defendant Millipore has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $_P{}^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including these products and services:

    i.      EDG5 AdenoSilence™ RNAi Virus Human (Catalog # GAL 10065-V7);

    ii.     EDG5 AdenoSilence™ RNAi Virus Human (Catalog # GAL 10065-V6);

    iii.    EDG5 AdenoSilence™ RNAi Virus Human (Catalog # GAL 10065-V5);

    iv.     EDG5 AdenoSilence™ RNAi Kit Human (Catalog # GAL 10065);

    v.      ChemiSCREEN™ S1P2 Calcium-Optimized FLIPR Cell Lines (Catalog # HTS078C);

    vi.     ChemiSCREEN™ Human Recombinant S1P2 Lysophospholipid Receptor Calcium Optimized Ready to Assay™ (Catalog # HTS078F);

    vii.    ChemiSCREEN™ Human Recombinant S1P2 Lysophospholipid Receptor Membrane Preparation (Catalog # HTS0078M); and

    viii.   GPCRProfiler Services which screens compounds on receptors including the S1P2 receptor.

26.     The defendants' infringement, contributory infringement and inducement to infringe have injured and will continue to injure PSN unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further manufacture, use, offer for sale, sale and/or distribution of products and/or processes that fall within the scope of PSN's Patents.

## PRAYER FOR RELIEF

WHEREFORE, PSN asks this Court to enter judgment against the defendants, and against their subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

A.     An award of damages adequate to compensate PSN for the infringement of PSN's Patents that has occurred, together with prejudgment interest.

B.     Increased damages as permitted under 35 U.S.C. § 284.

C.     A finding that the case is exceptional and an award to PSN of its attorney fees and costs as provided by 35 U.S.C. § 285.

D.     A permanent injunction prohibiting further infringement, inducement and contributory infringement of PSN's Patents.

E.     Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

PSN demands a trial by jury on all issues presented in this Complaint.


FOR PSN ILLINOIS, LLC


/s/ Michael P. Mazza
Michael P. Mazza (IL Bar No. 6201609)
Dana Drexler (IL Bar No. 6291515)
Michael P. Mazza, LLC
686 Crescent Blvd.,
Glen Ellyn, IL 60139
P: 630-858-5071
E-Mail: mazza@mazzallc.com

Shawn M. Collins (IL Bar No. 6195107)
Robert Dawidiuk (IL Bar. No. 6282717)
The Collins Law Firm
1770 N. Park Street, Suite 200
Naperville, IL 60563
P: 630-527-1595
E-Mail: smc@collinslaw.com