IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08CV3742 |
| v. | ) ) ) | Judge Pallmeyer |
| Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT APPLICATION FOR EXTENSION OF TIME**

In view of Defendant Cayman Chemical Company Inc.'s agreement to have its counsel, Loeb & Loeb LLP, accept service of PSN Illinois, LLC's Amended Complaint (filed July 23, 2008), Plaintiff PSN Illinois, LLC and Defendant Cayman hereby stipulate to extend the time for Defendant Cayman to respond or to otherwise plead in the above-captioned matter up to and including 30 days from its Cayman's counsels' receipt of the Amended Complaint.

Dated: July 28, 2008.

/s/ Jordan A. Sigale  
**Jordan A. Sigale**  
Julie L. Langdon  
LOEB & LOEB LLP  
321 North Clark, Suite 2300  
Chicago, Illinois  60654  
Tel:  312/464-3138  
Fax:  312/276-8375  
Email:  jsigale@loeb.com  
*Attorney for Cayman Chemical Co, Inc..*

/s/ Michael P. Mazza  
**Michael P Mazza**  
MICHAEL P. MAZZA, LLC  
686 Crescent Blvd  
Glen Ellyn, IL 60137  
Tel:  630/858-5071  
Fax:  630/282-7123  
Email:  mazza@mazzallc.com  
*Attorney for PSN Illinois, LLC.*

# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08CV3742 |
| v. | ) ) | Judge Pallmeyer |
| Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### [PROPOSED] ORDER

This matter, coming before the Court upon the parties' **Joint Application for Extension of Time**, all parties given due notice and the Court being fully advised on the premises;

**IT IS ORDERED**:

That the Defendant Cayman Chemical Company, Inc. is allowed to respond or to otherwise plead in the above-captioned matter up to and including 30 days from Cayman's counsels' receipt of Plaintiff PSN Illinois, LLC's Amended Complaint.


ENTERED: _____, 2008

_____
REBECCA PALLMEYER

UNITED STATES DISTRICT JUDGE