IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08CV3742 |
| v. | ) ) | Judge Pallmeyer |
| Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Michael P Mazza
     MICHAEL P. MAZZA, LLC
     686 Crescent Blvd.
     Glen Ellyn, IL 60137

PLEASE TAKE NOTICE that on **Thursday, July 31, 2008 at 8:45 A.M.**, or as soon thereafter as counsel can be heard, the undersigned shall appear before the Honorable Rebecca Pallmeyer, or any judge who may be sitting in her place and stead, in Courtroom 2119 at 219 South Dearborn Street, Chicago, IL and shall then and there present the **Joint Application for Extension of Time**, a copy of which is hereby served upon you.

This 28th day of July, 2008.     By:     /s/ Jordan A. Sigale
                                              Jordan A. Sigale

                                       LOEB & LOEB LLP
                                       321 North Clark, Suite 2300
                                       Chicago, Illinois 60654
                                       (312) 464-3138
                                       (312) 464-3111 (facsimile)