## CERTIFICATE OF SERVICE

      I, Julie L. Langdon, hereby certify that on July 28, 2008, I electronically filed the foregoing **NOTICE OF MOTION and JOINT APPLICATION FOR EXTENSION OF TIME** with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

      Michael P Mazza
      MICHAEL P. MAZZA, LLC
      686 Crescent Blvd.
      Glen Ellyn, IL 60137
      Email: mazza@mazzallc.com

This 28th day of July, 2008.    By:   /s/ Julie L. Langdon
                                       Julie L. Langdon

                                      LOEB & LOEB LLP
                                      321 North Clark, Suite 2300
                                      Chicago, Illinois 60654
                                      (312) 464-3138
                                      (312) 464-3111 (facsimile)
                                      jlangdon@loeb.com