**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-CV-3742 |
|---|---|

PSN ILLINOIS, LLC v. Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, Millipore Corp.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cayman Chemical Company, Inc.

| NAME (Type or print) |
|---|
| JORDAN A. SIGALE |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ JORDAN A. SIGALE |

| FIRM |
|---|
| LOEB & LOEB LLP |

| STREET ADDRESS |
|---|
| 321 N. CLARK STREET, SUITE 2300 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60654 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6210047 | 312/464-3100 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐