# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, | Civil Action No. 1:08-CV-3742 |
| Plaintiff, | Judge Rebecca R. Pallmeyer |
| v. | Magistrate Judge Maria Valdez |
| SIGMA-ALDRICH CORP., EMD BIOSCIENCES INC., VWR INTERNATIONAL LLC, ORBIGEN, INC., AXXORA LIFE SCIENCES, INC., CAYMAN CHEMICAL COMPANY, INC., ORIGENE TECHNOLOGIES, INC., SUPERARRAY BIOSCIENCE CORP., TOCRIS BIOSCIENCE and MILLIPORE CORP., | **AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS** |
| Defendants. | |

Defendant, MILLIPORE CORPORATION ("Millipore"), hereby moves for entry of an order extending the due date for Defendant's response to Plaintiff's Complaint for Patent Infringement up to an including August 27, 2008. In support of this motion, Defendant states:

1. This action involves claims of patent infringement of U.S. Patent Nos. 5,856,443 and 6,518,414 against Millipore.

2. Millipore was served with the Complaint for Patent Infringement on July 11, 2008, making its response due July 31, 2008.

3. Millipore has recently retained the law firm of Hamilton, Brook, Smith & Reynolds, P.C. as its lead counsel and Fitch, Even, Tabin & Flannery as local counsel. Millipore and its counsel are in the process of investigating the matters alleged in the Complaint and Millipore's defenses thereto. Millipore and its counsel need additional time in order to make an informed response to the Complaint. Therefore, Millipore requests an extension of time to file its responsive pleading to and including August 27, 2008.

4.      No previous extensions of time have been requested by Millipore and the request herein is not for purpose of delay.

5.      Counsel for Plaintiff, PSN Illinois, LLC, has agreed to the extension requested in this motion.

WHEREFORE, Millipore requests that it be granted leave to file its responsive pleading on or before August 27, 2008, as set forth in the attached Proposed Order.

Date:   July 29, 2008                          s/ Timothy P. Maloney
                                               Timothy P. Maloney
                                               FITCH, EVEN, TABIN & FLANNERY
                                               120 South LaSalle Street, Suite 1600
                                               Chicago, Illinois 60603
                                               Telephone: (312) 577-7000
                                               Facsimile: (312) 577-7007

                                               Susan G. L. Glovsky (*pro hac vice pending*)
                                               Vivien J. Tannoch-Magin (*pro hac vice pending*)
                                               HAMILTON, BROOK, SMITH & REYNOLDS, P.C.
                                               530 Virginia Road
                                               Concord, MA 01742
                                               Telephone: (978) 341-0036

                                               ***Attorneys for Millipore Corporation***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, ) | Civil Action No. 1:08-CV-3742 |
| ) | |
| Plaintiff, ) | Judge Rebecca R. Pallmeyer |
| ) | |
| v. ) | Magistrate Judge Maria Valdez |
| ) | |
| SIGMA-ALDRICH CORP., EMD BIOSCIENCES ) | |
| INC., VWR INTERNATIONAL LLC, ORBIGEN, ) | |
| INC., AXXORA LIFE SCIENCES, INC., CAYMAN ) | **[PROPOSED] ORDER** |
| CHEMICAL COMPANY, INC., ORIGENE ) | |
| TECHNOLOGIES, INC., SUPERARRAY ) | |
| BIOSCIENCE CORP., TOCRIS BIOSCIENCE and ) | |
| MILLIPORE CORP., ) | |
| ) | |
| Defendants. ) | |

This matter coming to be heard on the parties' AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS, and the Court having considered the matter, IT IS HEREBY ORDERED:

1.  The deadline for Defendant, Millipore Corporation, to respond to the Complaint for Patent Infringement is extended up to and including August 27, 2008.


SO ORDERED:


Date: _____          _____
                                        The Honorable Rebecca R. Pallmeyer
                                        United States District Court Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 29, 2008, a copy of the foregoing AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***Parties receiving service electronically are as follows:***

Shawn M. Collins - smc@collinslaw.com
Robert L. Dawidiuk - rdawidiuk@collinslaw.com
Attorneys of THE COLLINS LAW FIRM
(COUNSEL FOR PLAINTIFF, PSN ILLINOIS, LLC)

Dana L. Drexler - dana@mazzallc.com
Attorney of MICHAEL P. MAZZA, LLC
(COUNSEL FOR PLAINTIFF, PSN ILLINOIS, LLC)

Julie L. Langdon - jlangdon@loeb.com
Jordan A. Sigale - jsigale@loeb.com
Attorneys of LOEB & LOEB LLP
(COUNSEL FOR DEFENDANT, CAYMAN CHEMICAL CO., INC.)

Susan G. L. Glovsky - susan.glovsky@hbsr.com
Vivien J. Tannoch-Magin - vivien.tannoch@hbsr.com
Attorneys of HAMILTON BROOK SMITH & REYNOLDS
(COUNSEL FOR DEFENDANT, MILLIPORE CORPORATION)

***Parties receiving service via facsimile and first class mail are as follows:***

Michael P. Mazza
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
Telephone: (630) 858-5071
Facsimile: (630) 282-7123
(COUNSEL FOR PLAINTIFF, PSN ILLINOIS, LLC)

  s/ Timothy P. Maloney
*Attorney for Millipore Corporation*