# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, | ) Civil Action No. 1:08-CV-3742 |
| Plaintiff, | ) Judge Rebecca R. Pallmeyer |
| v. | ) Magistrate Judge Maria Valdez |
| SIGMA-ALDRICH CORP., EMD BIOSCIENCES INC., VWR INTERNATIONAL LLC, ORBIGEN, INC., AXXORA LIFE SCIENCES, INC., CAYMAN CHEMICAL COMPANY, INC., ORIGENE TECHNOLOGIES, INC., SUPERARRAY BIOSCIENCE CORP., TOCRIS BIOSCIENCE and MILLIPORE CORP., | ) NOTICE OF MOTION |
| Defendants. | ) |

To: Michael P. Mazza and Dana L. Drexler, MICHAEL P. MAZZA, LLC, 686 Crescent Blvd., Glen Ellyn, IL 60137; and

Robert L. Dawidiuk and Shawn M. Collins, COLLINS LAW FIRM P.C., 1770 North Park, Suite 200, Naperville, IL 60563.

PLEASE TAKE NOTICE that on Thursday, July 31, 2008, at 8:45 a.m., or as soon thereafter as counsel may be heard in the above-captioned action, Defendant, Millipore Corporation, shall appear before the Honorable Rebecca R. Pallmeyer, in the courtroom usually occupied by her, or before any Judge sitting in her stead, and shall then and there present the attached AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS.

Date: July 29, 2008

    s/ Timothy P. Maloney
Timothy P. Maloney
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

Susan G. L. Glovsky (*pro hac vice pending*)
Vivien J. Tannoch-Magin (*pro hac vice pending*)
HAMILTON, BROOK, SMITH & REYNOLDS, P.C.
530 Virginia Road
Concord, MA 01742
Telephone: (978) 341-0036

***Attorneys for Millipore Corporation***

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 29, 2008, a copy of the foregoing NOTICE OF MOTION for AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*<u>Parties receiving service electronically are as follows:</u>*

| | |
|---|---|
| Shawn M. Collins - smc@collinslaw.com<br>Robert L. Dawidiuk - rdawidiuk@collinslaw.com<br>Attorneys of THE COLLINS LAW FIRM<br>(COUNSEL FOR PLAINTIFF, PSN ILLINOIS, LLC) | Dana L. Drexler - dana@mazzallc.com<br>Attorney of MICHAEL P. MAZZA, LLC<br>(COUNSEL FOR PLAINTIFF, PSN ILLINOIS, LLC) |
| Julie L. Langdon - jlangdon@loeb.com<br>Jordan A. Sigale - jsigale@loeb.com<br>Attorneys of LOEB & LOEB LLP<br>(COUNSEL FOR DEFENDANT, CAYMAN CHEMICAL CO., INC.) | Susan G. L. Glovsky - susan.glovsky@hbsr.com<br>Vivien J. Tannoch-Magin - vivien.tannoch@hbsr.com<br>Attorneys of HAMILTON BROOK SMITH & REYNOLDS<br>(COUNSEL FOR DEFENDANT, MILLIPORE CORPORATION) |

*<u>Parties receiving service via facsimile and first class mail are as follows:</u>*

Michael P. Mazza
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
Telephone: (630) 858-5071
Facsimile: (630) 282-7123
(COUNSEL FOR PLAINTIFF, PSN ILLINOIS, LLC)

                                            s/ Timothy P. Maloney
                                            *Attorney for Millipore Corporation*