# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3742 | **DATE** | 7/30/2008 |
| **CASE TITLE** | PSN Illinois, LLC vs. Sigma-Aldrich Corp., et al | | |

**DOCKET ENTRY TEXT**

Defendant Millipore Corporation's agreed motion for extension of time to file responsive pleadings [26] granted. Defendant granted leave to respond to the Complaint for Patent Infringement to and including 8/27/2008. Rule 16 conference set for 9/3/2008 at 9:00 to stand.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|