## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer RRP | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3742 | **DATE** | 7/31/2008 |
| **CASE TITLE** | PSN Illinois, LLC vs. Sigma-Aldrich Corp., et al | | |

**DOCKET ENTRY TEXT**

Motion for leave to appear *pro hac vice* [28] granted as to Laura A. Wytsma on behalf of Cayman Chemical Company.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|