2109    llb/ec

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PSN ILLINOIS, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIGMA-ALDRICH CORP., EMD CHEMICALS INC., VWR INTERNATIONAL LLC, ORBIGEN, INC., AXXORA LIFE SCIENCES, INC., CAYMAN CHEMICAL COMPANY, INC., ORIGENE TECHNOLOGIES, INC., SUPERARRAY BIOSCIENCE CORP., TOCRIS BIOSCIENCE, AND MILLIPORE CORP.<br><br>　　　　Defendants. | No. 08 CV 3742<br><br>Rebecca R. Pallmeyer |

## AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT

Defendant Sigma-Aldrich Company, incorrectly sued as Sigma-Aldrich Corporation, by and through its attorney LaDonna L. Boeckman of the law firm of Cray Huber Horstman Heil & VanAusdal, LLC moves for an extension of time to file a responsive pleading to plaintiff's complaint. In support thereof, Sigma-Aldrich states as follows:

1. Sigma-Aldrich was served with plaintiff's amended complaint on July 30, 2008.

2. In order to complete further investigation, plaintiff has agreed to allow Sigma-Aldrich until August 27, 2008 to file its responsive pleading to the amended complaint.

WHEREFORE, this defendant, Sigma-Aldrich Company, respectfully requests this Court grant it an extension of time, until August 27, 2008 to file its responsive pleading to plaintiff's complaint.

By: s/LaDonna L. Boeckman
LaDonna L. Boeckman
CRAY HUBER HORSTMAN
HEIL & VanAUSDAL LLC

LaDonna L. Boeckman (ARDC #6273463)
CRAY HUBER HORSTMAN HEIL & VanAUSDAL LLC
303 W. Madison St., Suite 2200
Chicago, Illinois 60606
Telephone: (312) 332-8450
Facsimile: (312) 332-8451
Email: LLB@crayhuber.com
Attorneys for Sigma-Aldrich Co.