2109                                                                                                llb/ec

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

PSN ILLINOIS, LLC

      Plaintiff,

    v.                                                                        No. 08 CV 3742

SIGMA-ALDRICH CORP., EMD                                Rebecca R. Pallmeyer
CHEMICALS INC., VWR
INTERNATIONAL LLC, ORBIGEN, INC.,
AXXORA LIFE SCIENCES, INC.,
CAYMAN CHEMICAL COMPANY, INC.,
ORIGENE TECHNOLOGIES, INC.,
SUPERARRAY BIOSCIENCE CORP.,
TOCRIS BIOSCIENCE, AND MILLIPORE
CORP.

      Defendants.

## NOTICE OF MOTION

**TO:**    All Counsel of Record
         (See Attached Service List)

      On <u>August 18, 2008</u> at <u>9:00 a.m.</u>, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Pallmeyer, or any judge sitting in that judge's stead, in the courtroom usually occupied by them in the Northern District of Illinois, and shall then and there present Defendant, Sigma-Aldrich Co.'s Agreed Motion for Extension of Time to File Responsive Pleading to Complaint.

                                                           By:    s/LaDonna L. Boeckman
                                                                              LaDonna L. Boeckman
                                                                              CRAY HUBER HORSTMAN
                                                                              HEIL & VanAUSDAL LLC

LaDonna L. Boeckman (ARDC #6273463)
CRAY HUBER HORSTMAN HEIL &
VanAUSDAL LLC
303 W. Madison St., Suite 2200
Chicago, Illinois 60606
Telephone:    (312) 332-8450
Facsimile:    (312) 332-8451
Email:    LLB@crayhuber.com
Attorneys for Sigma-Aldrich Co.

## CERTIFICATE OF SERVICE

The undersigned certifies pursuant to Fed.R.Civ.P. 5 and L/R/ 5.5, that a true and correct copy of the foregoing Notice was served via electronic service on August 11, 2008 upon:

**Attorneys for PSN Illinois, LLC**
Michael Mazza
Michael P. Mazza, LLC
686 Crescent Boulevard
Glen Ellyn, Illinois 60139
e-mail: mazza@mazzallc.com

Dana Lauren Drexler
Michael P. Mazza, LLC
686 Crescent Boulevard
Glen Ellyn, Illinois 60139
dana@mazzallc.com

Shawn Collins
The Collins Law Firm
1770 N. Park Street
Suite 200
Naperville, Illinois 60563
smc@collinslaw.com

Robert Dawidiuk
The Collins Law Firm
1770 N. Park Street
Suite 200
Naperville, Illinois 60563
rdawidiuk@collinslaw.com

**Attorneys for Cayman Chemical Company, Inc.**
Julie Lynn Langdon
Loeb & Loeb LLP
321 North Clark Street
Suite 2300
Chicago, Illinois 60610
jlangdon@loeb.com

Jordan A. Sigale
Loeb & Loeb
321 North Clark Street
Suite 2300
Chicago, Illinois 60610
jsigale@loeb.com

Laura A. Wytsma
LOEB & LOEB LLP
10100 Santa Monica Boulevard
Suite 2200
Los Angeles, California 90067
lwytsma@loeb.com

**Attorneys for Millipore Corp.**
Susan G. L. Glovsky
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
Concord, Massachusetts 01742
Susan.glovsky@hbsr.com

Timothy P. Maloney
Fitch, Even, Tabin & Flannery
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
tpmalo@fitcheven.com

Vivien J. Tannoch-Magin
Susan G. L. Glovsky
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
Concord, Massachusetts 01742
Vivien.tannoch@hbsr.com

By:     s/LaDonna L. Boeckman
        LaDonna L. Boeckman
        CRAY HUBER HORSTMAN
        HEIL & VanAUSDAL LLC

LaDonna L. Boeckman (ARDC #6273463)
CRAY HUBER HORSTMAN HEIL &
VanAUSDAL LLC
303 W. Madison St., Suite 2200
Chicago, Illinois 60606
Telephone:    (312) 332-8450
Facsimile:      (312) 332-8451
Email:          LLB@crayhuber.com
Attorneys for Sigma-Aldrich Co.