Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3742 | **DATE** | 8/12/2008 |
| **CASE TITLE** | PSN Illinois, LLC vs. Sigma-Aldrich Corp., et al | | |

**DOCKET ENTRY TEXT**

Motions for leave to appear *pro hac vice* [17, 18] granted as to Vivien J. Tannoch-Magin and Susan G. L. Glovsky on behalf of Millipore Corporation.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|