IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08CV3742 |
| v. | ) ) | Judge Pallmeyer |
| Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT APPLICATION FOR EXTENSION OF TIME

In view of the voluntary acceptance of service of the complaint, Plaintiff PSN Illinois, LLC and Defendant Axxora Life Sciences, Inc. ("Axxora") hereby stipulate to extend the time for Axxora to answer or otherwise respond to the first amended complaint filed in the above-captioned matter by thirty days, to and including August 27, 2008.

Dated: August 14, 2008.

| | |
|---|---|
| /s/ Laura A. Wytsma | /s/ Michael P. Mazza |
| **Laura A. Wytsma** (*pro hac vice*) | **Michael P Mazza** |
| **Jordan A. Sigale** | MICHAEL P. MAZZA, LLC |
| **Julie L. Langdon** | 686 Crescent Blvd |
| LOEB & LOEB LLP | Glen Ellyn, IL 60137 |
| 321 North Clark, Suite 2300 | Tel: 630/858-5071 |
| Chicago, Illinois 60654 | Fax: 630/282-7123 |
| Tel: 312/464-3138 | Email: mazza@mazzallc.com |
| Fax: 312/276-8375 | *Attorney for PSN Illinois, LLC.* |
| Email: lwytsma@loeb.com | |
| *Attorneys for Defendant Axxora Life Sciences, Inc.* | |

# **<u>EXHIBIT A</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08CV3742 |
| v. | ) ) | Judge Pallmeyer |
| Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **[PROPOSED] ORDER**

This matter, coming before the Court upon the parties' **Joint Application for Extension of Time**, all parties given due notice and the Court being fully advised on the premises;

**IT IS ORDERED**:

That the Defendant Axxora Life Sciences, Inc. is allowed to answer or otherwise respond to the first amended complaint in the above-captioned matter on or before August 27, 2008.

ENTERED: _____, 2008

_____
REBECCA PALLMEYER

UNITED STATES DISTRICT JUDGE