IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08CV3742 |
| | ) | |
| v. | ) | Judge Pallmeyer |
| | ) | |
| Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Michael P Mazza
     MICHAEL P. MAZZA, LLC
     686 Crescent Blvd.
     Glen Ellyn, IL 60137

PLEASE TAKE NOTICE that on **Monday, August 18, 2008 at 9:00 A.M.**, or as soon thereafter as counsel can be heard, the undersigned shall appear before the Honorable Rebecca Pallmeyer, or any judge who may be sitting in her place and stead, in Courtroom 2119 at 219 South Dearborn Street, Chicago, IL and shall then and there present the **Joint Application for Extension of Time**, a copy of which is hereby served upon you.

This 14 day of August, 2008.        By:      /s/ Julie L. Langdon
                                              Julie L. Langdon

                                    LOEB & LOEB LLP
                                    321 North Clark, Suite 2300
                                    Chicago, Illinois 60654
                                    (312) 464-3138
                                    (312) 464-3111 (facsimile)