## CERTIFICATE OF SERVICE

      I, Julie L. Langdon, hereby certify that on August 14, 2008, I electronically filed the foregoing **NOTICE OF MOTION and JOINT APPLICATION FOR EXTENSION OF TIME** with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

      Michael P Mazza
      MICHAEL P. MAZZA, LLC
      686 Crescent Blvd.
      Glen Ellyn, IL 60137
      Email: mazza@mazzallc.com

This 14th day of August, 2008.    By:    /s/ Julie L. Langdon
                                                   Julie L. Langdon

                                          LOEB & LOEB LLP
                                          321 North Clark, Suite 2300
                                          Chicago, Illinois 60654
                                          (312) 464-3138
                                          (312) 464-3111 (facsimile)
                                          jlangdon@loeb.com

**Error! Unknown document property name.**