IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PSN Illinois, LLC, an Illinois corporation,<br><br>*Plaintiff*<br><br>   v.<br>Sigma-Aldrich Corp., EMD Biosciences, Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience and Millipore Corp.,<br><br>*Defendans.* | Civil Action No. 08-cv-3742<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

Defendant Tocris Bioscience Corp. ("Tocris Bioscience"), by and through its attorneys, moves for an extension of time to answer or otherwise respond to Plaintiff PSN Illinois, LLC.'s Amended Complaint. In support thereof, Tocris Bioscience states as follows:

1.   This action alleges patent infringement against Tocris Bioscience.

2.   Tocris Bioscience was served with the Amended Complaint and with the Summons in this action on July 29, 2008.

3.   Tocris Bioscience has retained the law firm of Husch Blackwell Sanders LLP as its lead counsel. Tocris Bioscience and its counsel are in the process of investigating the matters alleged in the Amended Complaint and Tocris Bioscience's defenses thereto.

4.   Tocris Bioscience and its counsel need additional time in order to make an informed response to the Amended Complaint.

5.   Therefore, Tocris Bioscience requests an extension of time to answer or otherwise respond to and including August 27, 2008.

6. No previous extensions of time have been requested by Tocris Bioscience and the request herein is not for the purpose of delay.

7. Counsel for Plaintiff, PSN Illinois, LLC, has agreed to the extension requested in this motion.

WHEREFORE, Tocris Bioscience requests that it be granted leave to file its responsive pleading on or before August 27, 2008, as set forth in the attached Proposed Order.

  /s/ Sherry L. Rollo
Philip D. Segrest, Jr.
J. Aron Carnahan
Sherry L. Rollo
Husch Blackwell Sanders Welsh & Katz
120 South Riverside Plaza
Chicago, IL 60606
philip.segrest@huschblackwell.com
aron.carnahan@huschblackwell.com
Sherry.rollo@huschblackwell.com

*Attorneys for Defendant Tocris Bioscience*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2008, a true and correct copy of the foregoing Memorandum was served upon all counsel of record by the CM/ECF system and U.S. mail on:

Michael P Mazza
Dana Laura Drexler
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
(630)858-5071

Jordan A. Sigale
Julie Lynn Langdon
Laura A. Wytsma
Loeb & Loeb LLP
321 N. Clark Street
Suite 2300
Chicago, IL 60610
(312)464-3100

Timothy P. Maloney
Fitch, Even, Tabin & Flannery
120 South LaSalle Street
Suite 1600
Chicago, IL 60603-3406
(312) 577-7000

Robert L Dawidiuk
Shawn Michael Collins
Collins Law Firm P.C.
1770 North Park
200
Naperville, IL 60563

Susan G. L. Glovsky
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
Concord, MA 01742
(978) 341-0036

Vivien J. Tannoch-Magin
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
Concord, MA 01742
(978) 341-0036

                                              /s/ Sherry L. Rollo
                                    Counsel for Defendant Tocris Bioscience Corp.

Case 1:08-cv-03742     Document 47     Filed 08/18/2008     Page 4 of 4