**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PSN Illinois, LLC, an Illinois corporation,<br><br>    *Plaintiff*<br><br>    v.<br><br>Sigma-Aldrich Corp., EMD Biosciences, Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience and Millipore Corp.,<br><br>    *Defendans.* | Civil Action No. 08-cv-3742<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

### NOTICE OF MOTION

To:   See attached Service List

   Please take notice that on Wednesday, August 20, 2008 at 8:45 a.m. or as soon thereafter as counsel may be heard, Defendants' counsel shall appear before the Honorable Judge Rebecca R. Pallmeyer in Courtroom 2119 of the Dirksen Federal building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**, a copy of which is hereby served upon you.

   /s/ Sherry L. Rollo
   Philip D. Segrest, Jr.
   J. Aron Carnahan
   Sherry L. Rollo
   Husch Blackwell Sanders Welsh & Katz
   120 South Riverside Plaza
   Chicago, IL 60606
   philip.segrest@huschblackwell.com
   aron.carnahan@huschblackwell.com
   Sherry.rollo@huschblackwell.com

   *Attorneys for Defendant Tocris Bioscience*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2008, a true and correct copy of the foregoing Memorandum was served upon all counsel of record by the CM/ECF system and U.S. mail on:

Michael P Mazza  
Dana Laura Drexler  
Michael P. Mazza, LLC  
686 Crescent Blvd.  
Glen Ellyn, IL 60137  
(630)858-5071  

Jordan A. Sigale  
Julie Lynn Langdon  
Laura A. Wytsma  
Loeb & Loeb LLP  
321 N. Clark Street  
Suite 2300  
Chicago, IL 60610  
(312)464-3100  

Timothy P. Maloney  
Fitch, Even, Tabin & Flannery  
120 South LaSalle Street  
Suite 1600  
Chicago, IL 60603-3406  
(312) 577-7000  

Robert L Dawidiuk  
Shawn Michael Collins  
Collins Law Firm P.C.  
1770 North Park  
200  
Naperville, IL 60563  

Susan G. L. Glovsky  
Hamilton, Brook, Smith & Reynolds, P.C.  
530 Virginia Road  
Concord, MA 01742  
(978) 341-0036  

Vivien J. Tannoch-Magin  
Hamilton, Brook, Smith & Reynolds, P.C.  
530 Virginia Road  
Concord, MA 01742  
(978) 341-0036  

                /s/ Sherry L. Rollo  
Counsel for Defendant Tocris Bioscience Corp.

Case 1:08-cv-03742 Document 48 Filed 08/18/2008 Page 3 of 3