# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3742 | **DATE** | 8/19/2008 |
| **CASE TITLE** | PSN Illinois vs. Sigma-Aldrich Corp. et al. | | |

**DOCKET ENTRY TEXT**

Defendants' agreed motion for extension of time to file responsive pleadings [47] granted to and including 8/27/08.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|