IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08CV3742 |
| v. | ) ) ) | Judge Pallmeyer |
| Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**SECOND JOINT APPLICATION FOR EXTENSION OF TIME**

In view of ongoing settlement discussions, Plaintiff PSN Illinois, LLC and Defendants Cayman Chemical Company ("Cayman") and Axxora Life Sciences, Inc. ("Axxora") hereby stipulate to extend the time for Cayman and Axxora to answer or otherwise respond to the first amended complaint filed in the above-captioned matter to and including September 5, 2008.

Dated:  August 21, 2008.

/s/ Julie L. Langdon    
**Julie L. Langdon**
**Laura A. Wytsma** (*pro hac vice*)
**Jordan A. Sigale**
LOEB & LOEB LLP
321 North Clark, Suite 2300
Chicago, Illinois  60654
Tel:  312/464-3138
Fax:  312/276-8375
Email:  lwytsma@loeb.com
*Attorneys for Defendants Cayman Chemical Company, Inc. and Axxora Life Sciences, Inc.*

/s/ Dana L. Drexler    
**Dana L. Drexler**
MICHAEL P. MAZZA, LLC
686 Crescent Blvd
Glen Ellyn, IL 60137
Tel:  630/858-5071
Fax:  630/282-7123
Email:  dana@mazzallc.com
*Attorney for PSN Illinois, LLC.*

# **EXHIBIT A**

Case 1:08-cv-03742    Document 50-2    Filed 08/21/2008    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08CV3742 |
| | ) | |
| v. | ) | Judge Pallmeyer |
| | ) | |
| Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp., | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### [PROPOSED] ORDER

This matter, coming before the Court upon the parties' **Second Joint Application for Extension of Time**, all parties given due notice and the Court being fully advised on the premises;

**IT IS ORDERED**:

That the Defendants Cayman Chemical Company, Inc. and Axxora Life Sciences, Inc. are allowed to answer or otherwise respond to the first amended complaint in the above-captioned matter on or before September 5, 2008.


ENTERED: _____, 2008

_____
REBECCA PALLMEYER

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I, Julie L. Langdon, hereby certify that on August 21, 2008, I electronically filed the foregoing **NOTICE OF MOTION and SECOND JOINT APPLICATION FOR EXTENSION OF TIME** with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

> Michael P Mazza
> MICHAEL P. MAZZA, LLC
> 686 Crescent Blvd.
> Glen Ellyn, IL 60137
> Email: **mazza@mazzallc.com**

This 21st day of August, 2008.    By:    /s/ Julie L. Langdon
                                                                  Julie L. Langdon

                                                LOEB & LOEB LLP
                                                321 North Clark, Suite 2300
                                                Chicago, Illinois 60654
                                                (312) 464-3138
                                                (312) 464-3111 (facsimile)
                                                jlangdon@loeb.com