IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08CV3742 |
| v. | ) ) | Judge Pallmeyer |
| Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Michael P Mazza
      MICHAEL P. MAZZA, LLC
      686 Crescent Blvd.
      Glen Ellyn, IL 60137

PLEASE TAKE NOTICE that on **Wednesday, August 27, 2008 at 8:45 A.M.**, or as soon thereafter as counsel can be heard, the undersigned shall appear before the Honorable Rebecca Pallmeyer, or any judge who may be sitting in her place and stead, in Courtroom 2119 at 219 South Dearborn Street, Chicago, IL and shall then and there present the **Second Joint Application for Extension of Time**, a copy of which is hereby served upon you.

This 21st day of August, 2008.      By:      /s/ Julie L. Langdon
                                                  Julie L. Langdon

                                          LOEB & LOEB LLP
                                          321 North Clark, Suite 2300
                                          Chicago, Illinois 60654
                                          (312) 464-3138
                                          (312) 464-3111 (facsimile)