## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer  RRP | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3742 | **DATE** | 8/26/2008 |
| **CASE TITLE** | PSN Illinois, LLC vs. Sigma-Aldrich Corp., et al | | |

**DOCKET ENTRY TEXT**

Second joint application for extension of time [50] granted. Defendants Cayman Chemical Company, Inc. and Axxora Life Sciences, Inc are allowed to answer or otherwise respond to the first amended complaint on or before 9/5/2008.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|