IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp., <br><br> Defendants. | No. 08CV3742 <br><br> Judge Rebecca R. Pallmeyer |

**NOTICE OF MOTION**

To:   Michael P. Mazza
      Dana L. Drexler
      MICHAEL P. MAZZA, LLC
      686 Crescent Blvd.
      Glen Ellyn, IL 60137

PLEASE TAKE NOTICE that on Wednesday, September 3, 2008 at 8:45 A.M., or as soon thereafter as counsel can be heard, the undersigned shall appear before the Honorable Rebecca Pallmeyer, or any judge who may be sitting in her place and stead, in Courtroom 2119 at 219 South Dearborn Street, Chicago, IL and shall then and there present the **Stipulated Motion for Extension of Time,** a copy of which is hereby served upon you.

Dated: August 26, 2008      By:   /s/ Charles W. Shifley
                                  Charles W. Shifley
                                  BANNER & WITFCOFF, LTD.
                                  Ten South Wacker Drive, Suite 3000
                                  Chicago, IL 60606
                                  Tel: (312) 463-5000
                                  Fax: (312) 463-5001
                                  Email: cshifley@bannerwitcoff.com
                                  *Attorney for Defendant EMD Chemicals Inc.*

# CERTIFICATE OF SERVICE

I, Charles W. Shifley, hereby certify that on August 26, 2008, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

**Michael P Mazza**
**Dana Lauren Drexler**
MICHAEL P. MAZZA, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
Email: mazza@mazzallc.com
*Attorneys for Plaintiff, PSN Illinois, LLC*

**Shawn Michael Collins**
**Robert L Dawidiuk**
Collins Law Firm P.C.
1770 North Park
Suite 200
Naperville, IL 60563
Email: smc@collinslaw.com
*Attorneys for Plaintiff, PSN Illinois, LLC*

**LaDonna L Boeckman**
Cray Huber Horstman & VanAusdal LLC
303 West Madison Street
Suite 2200
Chicago, IL 60606
Email: llb@crayhuber.com
*Attorneys for Co-Defendant, Sigma-Aldrich Corp.*

**Jordan A. Sigale**
**Julie Lynn Langdon**
Loeb & Loeb LLP
321 N. Clark Street
Suite 2300
Chicago, IL 60610
Email: jsigale@loeb.com

**Laura A Wytsma**
Loeb & Loeb LLP
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067
Email: lwytsma@loeb.com

*Attorneys for Co-Defendant Axxora Life Sciences, Inc. and Cayman Chemical Company, Inc.*

**Philip Dale Segrest, Jr.**
**John Aron Carnahan**
**Sherry Lee Rollo**
Husch Blackwell Sanders Welsh & Katz
120 S. Riverside Plaza
22nd Floor
Chicago, IL 60606
Email: pdsegrest@welshkatz.com
*Attorneys for Defendant, Tocris Bioscience*

**Susan G. L. Glovsky**
**Vivien J. Tannoch-Magin**
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
Concord, MA 01742
Email: susan.glovsky@hbsr.com

**Timothy P. Maloney**
Fitch, Even, Tabin & Flannery
120 South LaSalle Street
Suite 1600
Chicago, IL 60603-3406
Email: tpmalo@fitcheven.com
*Attorneys for Co-Defendants, Millipore Corp.*

By: /s/ Charles W. Shifley
Charles W. Shifley
Banner & Witcoff, Ltd.
Ten South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: (312) 463-5000
Fax: (312) 463-5001
Email: cshifley@bannerwitcoff.com