# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, | Civil Action No. 1:08-CV-3742 |
| Plaintiff, | Judge Rebecca R. Pallmeyer |
| v. | Magistrate Judge Maria Valdez |
| SIGMA-ALDRICH CORP., EMD CHEMICALS INC., VWR INTERNATIONAL LLC, ORBIGEN, INC., AXXORA LIFE SCIENCES, INC., CAYMAN CHEMICAL COMPANY, INC., ORIGENE TECHNOLOGIES, INC., SUPERARRAY BIOSCIENCE CORP., TOCRIS BIOSCIENCE and MILLIPORE CORP., | **DISCLOSURE PURSUANT TO FED.R.CIV.P. 7.1 AND L.R. 3.2** |
| | **JURY DEMAND** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, the following disclosure is made on behalf of Defendant, Millipore Corporation:

1. Millipore Corporation has no parent corporations.

2. No publicly held corporation owns 10% or more of the stock of Millipore Corporation.

Date:   August 27, 2008

 s/ Timothy P. Maloney
Timothy P. Maloney
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

Susan G. L. Glovsky (*pro hac vice*)
Vivien J. Tannoch-Magin (*pro hac vice*)
HAMILTON, BROOK, SMITH & REYNOLDS, P.C.
530 Virginia Road
Concord, MA 01742
Telephone: (978) 341-0036

*Attorneys for Millipore Corporation*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 27, 2008, a copy of the foregoing DISCLOSURE PURSUANT TO FED.R.CIV.P. 7.1 AND L.R. 3.2 was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*<u>Parties receiving service electronically are as follows</u>:*

Shawn M. Collins - smc@collinslaw.com
Robert L. Dawidiuk - rdawidiuk@collinslaw.com
Attorneys of THE COLLINS LAW FIRM
(COUNSEL FOR PLAINTIFF, PSN ILLINOIS, LLC)

Dana L. Drexler - dana@mazzallc.com
Attorney of MICHAEL P. MAZZA, LLC
(COUNSEL FOR PLAINTIFF, PSN ILLINOIS, LLC)

Julie L. Langdon - jlangdon@loeb.com
Jordan A. Sigale - jsigale@loeb.com
Laura A Wytsma - lwytsma@loeb.com
Attorneys of LOEB & LOEB LLP
(COUNSEL FOR DEFENDANTS, AXXORA LIFE SCIENCES, INC. & CAYMAN CHEMICAL CO., INC.)

Susan G. L. Glovsky - susan.glovsky@hbsr.com
Vivien J. Tannoch-Magin - vivien.tannoch@hbsr.com
Attorneys of HAMILTON BROOK SMITH & REYNOLDS
(COUNSEL FOR DEFENDANT, Millipore CORPORATION)

Philip D. Segrest - pdsegrest@welshkatz.com
John A. Carnahan - jacarnahan@welshkatz.com
Sherry Rollo - sherry.rollo@huschblackwell.com
Attorneys of WELSH & KATZ, LTD.
(COUNSEL FOR DEFENDANT, TOCRIS BIOSCIENCE)

LaDonna L. Boeckman - llb@crayhuber.com
Attorney of IWAN CRAY HUBER HORSTMAN & VANAUSDAL LLC
(COUNSEL FOR DEFENDANT, SIGMA-ALDRICH CORP.)

Michael Krashin - mkrashin@bannerwitcoff.com
Charles W. Shifley - cshifley@bannerwitcoff.com
Attorneys of BANNER & WITCOFF, LTD.
(COUNSEL FOR DEFENDANT, EMD CHEMICALS INC.)

Timothy P. Maloney – tpmalo@fitcheven.com
Attorney of FITCH, EVEN, TABIN & FLANNERY
(COUNSEL FOR DEFENDANT, MILLIPORE CORPORATION)

*<u>Parties receiving service via facsimile and first class mail are as follows</u>:*

Michael P. Mazza
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn,  IL 60137
Telephone: (630) 858-5071
Facsimile: (630) 282-7123
(COUNSEL FOR PLAINTIFF, PSN ILLINOIS, LLC)

                      s/ Timothy P. Maloney
                     *Attorney for Millipore Corporation*