**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PSN Illinois, LLC,<br><br>      *Plaintiff,*<br><br>   v.<br><br>Sigma-Aldrich Corp., EMD Biosciences, Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience and Millipore Corp.,<br><br>      *Defendants.* | Civil Action No. 08-cv-3742<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

**ANSWER OF TOCRIS BIOSCIENCE CORP. TO AMENDED COMPLAINT, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**

Defendant, Tocris Bioscience Corp. ("Tocris"), Answers the Amended Complaint of Plaintiff, PSN Illinois, LLC (PSN") as follows:

   1.   Plaintiff, PSN ILLINOIS, LLC. ("PSN"), complains of defendants ("Defendants") as follows:

   **ANSWER:**   The subject matter of Paragraph 1 contains no allegations of fact susceptible to admission or denial.  To the extent paragraph 1 is deemed to contain any allegations of fact, Tocris denies the allegations of paragraph 1.

**NATUIRE OF LAWSUIT**

   2.   This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

   **ANSWER:**   Tocris admits that Plaintiff asserts that it bring this action under the Patent Laws of the United States, Title 35 of the United States Code.

– 1 –

## THE PARTIES

3.     PSN is an Illinois corporation with a place of business at 280 W. Adams Street, Chicago, Illinois 60604.  PSN is the assignee of, and owns all rights, title and interest in and to, and has standing to sue for past, present and future infringement of:  United States Patent No. 5,856,443, entitled "Molecular Cloning and Expression of G-Protein Coupled Receptors," issued Jan. 5, 1999 ("the '443 patent") (Exhibit A); and United States Patent No. 6,518,414B1, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Feb. 11, 2003 ("the '414 patent") (Exhibit B) (collectively "PSN's Patents").

**ANSWER:**    Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

4.     Defendant Sigma-Aldrich Corp. (Sigma) is a company incorporated in Delaware with a principal place of business at 3050 Spruce Street, St. Louis, MO 63103.  Sigma transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:**    Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

5.     Defendant EMD Chemicals Inc. (aka EMD Biosciences Inc.) (EMD) is a company incorporated in New York with principal places of business at 480 S. Democrat Road, Gibbstown, NJ 08027. EMD transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:**    Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

6.     Defendant VWR International LLC (VWR) is a company incorporated in Delaware with its principal place of business at 1310 Goshen Parkway, West Chester, PA 193850. VWR transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:**    Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

7.     Defendant, Orbigen, Inc. (Orbigen) is a company incorporated in California with its principal place of business at 6827 Nancy Ridge Drive, San Diego, CA 92121. Orbigen transacts business and has sold to customers and/or offered for sale, in this judicial district,

products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:** Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

8.      Defendant, Axxora Life Sciences, Inc. (Axxora) is a company incorporated in Delaware with its principal place of business at 6181 Cornerstone Court East, Suite 103, San Diego, CA 92121. Axxora transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:** Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

9.      Defendant, Cayman Chemical Company Inc. (Cayman) is a company incorporated in Colorado with its principal place of business at 1180 E. Ellsworth Rd., Ann Arbor, MI 48108. Cayman transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:** Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

10.     Defendant, Origene Technologies, Inc. (Origene) is a company incorporated in Delaware with its principal place of business at 6 Taft Court, Suite 300, Rockville, MD 20850. Origene transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:** Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

11.     Defendant, Superarray Bioscience Corporation (Superarray) is a company incorporated in Delaware with its principal place of business at 15 Wormans Mill Court, Suite 101, Frederick MD 21701. Superarray transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:** Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

12. Defendant, Tocris Bioscience (Tocris) is a company incorporated in Delaware with its principal place of business at 16144 Westwoods Business Park, Ellisville, MO 63021. Tocris transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:** Tocris admits that it is a company incorporated in Delaware. Tocris denies that its principal place of business is at 16144 Westwoods Business Park, Ellisville, MO 63021. Tocris denies that it has infringed claims of one of more of the MacLennan Patents.

13. Defendant, Millipore Corporation (Millipore) is a company incorporated in Massachusetts with its principal place of business at 290 Concord Rd. Billerica, MA 01821. Millipore transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:** Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

## JURISDICTION AND VENUE

14. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. §§ 1331 and 1338(a).

**ANSWER:** Tocris admits this Court has jurisdiction over the subject matter of the Complaint.

15. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b), (c), (d) and/or 1400(b).

**ANSWER:** Tocris admits venue is proper in this district.

## THE DEFENDANTS' ACTS OF PATENT INFRINGEMENT

16. Defendant Sigma has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $P^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including the following products:
    i. S1P2 C-Terminal Blocking Peptide (Catalog # E8028);
    ii. Anti-S1P2, C-Terminal antibody produced in rabbit (Catalog # E7278);
    iii. Monoclonal Anti-S1P2, C-Terminal antibody produced in mouse (Catalog # E4767); and

    iv. Monoclonal Anti-S1P2, N-Terminal antibody produced in mouse
      (Catalog # E4892).

  **ANSWER:** Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

  17. Defendant EMD has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $P^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including the following: Anti- EDG 5 (Ab-1) Mouse mAb (Catalog # GR44).

  **ANSWER:** Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

  18. Defendant VWR has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $P^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including the following: S1P2 Receptor Antagonist (Catalog # 80017-352).

  **ANSWER:** Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

  19. Defendant Orbigen has infringed claims of at least the '443 and '414 patents through, among other activities, the manufacture, use, offer for sale, sale, and/or distribution of products and service utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $P^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including these products:
    i. Rabbit Endothelial differentiation sphingolipid G-protein-coupled
      receptor 5 (EDG5) polyclonal antibody (Catalog # PAB-10630); and
    ii. Chicken Endothelial differentiation sphingolipid G-proteincoupled
      receptor 5 (EDG5) polyclonal antibody (Catalog # PAB-U0005).

  **ANSWER:** Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

20.     Defendant Cayman has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and service utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $P^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including he following: JTE-013 (Catalog # 10009458).

**ANSWER:** Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

21.     Defendant Axxora has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and service utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $P^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including at least the following product corresponding to Cayman catalog: JTE-013 (Catalog # CAY-1009458).

**ANSWER:** Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

22.     Defendant Origene has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $P^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including these products:
  i. Homo sapiens endothelial differentiation, sphingolipid G-protein coupled receptor, 5 (EDG5) as 10ug transfection ready DNA NM_004230.2 (Catalog # SC117485);
  ii. HuSH 29mer shRNA Constructs against EDG5 Locus ID = 9294 (Catalog # TR313297);
  iii. ORF Clone of Homo sapiens endothelial differentiation, sphingolipid G-protein-coupled receptor, 5 (EDG5) as 10 ug transfection ready DNA NM_004230.2 (Catalog # RC210163); and
  iv. shRNA constructs against Mus musculus Edg5 Locus ID = 14739 (Catalog # TR513284).

**ANSWER:** Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

  23. Defendant Superarray has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka P$^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including these products:
    i. Human G-Protein-Coupled Receptor Signaling PathwayFinder™
     (Catalog # PAHS-071);
    ii. RT2 PCR Primer Set for Mouse EDG 5: Endothelial
     differentiation, sphingolipid G-protein coupled receptor, 5 (Catalog #
     PPM05309A);
    iii. Oglio GE Array Human G-Protein-Coupled Receptor Signaling
     PathwayFinder™ (Catalog # OHS-071 and EHS-071); and
    iv. SureSilencing shRNA Plasmid for Human EDG5: Endothelial
     differentiation, sphingolipid G-protein coupled receptor, 5 (Catalog #
     KHO2350G for the GFP marker or KH02350N for the Neomycin
     resistance marker).

  **ANSWER:** Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

  24. Defendant Tocris has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka P$^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including at least the following product: S1P receptor antagonist, highly selective for S1P2 (EDG-5) (Catalog # 2392 JTE-013).

  **ANSWER:** Tocris denies the allegations in Paragraph 24 of the Amended Complaint.

  25. Defendant Millipore has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka P$^{H218}$ ("S1P2") that fall within the scope of claims of these patents, including these products and services:
    i. EDG5 AdenoSilence™ RNAi Virus Human (Catalog # GAL
     10065-V7);
    ii. EDG5 AdenoSilence™ RNAi Virus Human (Catalog # GAL
     10065-V6);
    iii. EDG5 AdenoSilence™ RNAi Virus Human (Catalog # GAL
     10065-V5);
    iv. EDG5 AdenoSilence™ RNAi Kit Human (Catalog # GAL 10065);
    v. ChemiSCREEN™ S1P2 Calcium-Optimized FLIPR Cell Lines
     (Catalog # HTS078C);
    vi. ChemiSCREEN™ Human Recombinant S1P2 Lysophospholipid
     Receptor Calcium Optimized Ready to Assay™ (Catalog # HTS078F);
    vii. ChemiSCREEN™ Human Recombinant S1P2 Lysophospholipid

        Receptor Membrane Preparation (Catalog # HTS0078M); and
viii. GPCRProfiler Services which screens compounds on receptors
including the S1P2 receptor.

**ANSWER:** Tocris lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph, which has the effect of a denial.

26. The defendants' infringement, contributory infringement and inducement to infringe have injured and will continue to injure PSN unless and until this Court enters an injunction prohibiting further infringement and, specifically, enjoining further manufacture, use, offer for sale, sale and/or distribution of products and/or processes that fall within the scope of PSN's Patents.

**ANSWER:** Tocris denies the allegations that Tocris has infringed, contributed to the infringement or induced the infringement of PSN's Patents, that PSN has been injured through any acts of Tocris, and that PSN is entitled to an injunction against Tocris. As to the allegations regarding the remaining defendants, Tocris lacks knowledge or information sufficient to form a belief as to the truth of falsity or the remaining allegations in this paragraph, which has the effect of a denial.

## GENERAL DENIAL

Any allegation in Plaintiff's Amended Complaint not expressly admitted by Tocris are hereby denied. Having answered Plaintiff's Amended Complaint, Tocris denies that Plaintiff is entitled to the relief requested in Plaintiff's Prayer for Relief or any relief whatsoever.

## DEFENSES

Without prejudice to the denials set forth in its Answer to the Complaint, and without admitting any allegations of the Complaint not otherwise admitted, Tocris assert the following additional defenses to the Complaint:

**FIRST DEFENSE**

The manufacture, use, sale, offer for sale or importation into the United States of Tocris' products including at least the following product: S1P receptor antagonist, highly selective for S1P2 (EDG-5) (Catalog # 2392 JTE-013) does not infringe, and would not, if marketed, infringe one or more of the claims of the '443 and '414 patents, either literally or under the doctrine of equivalents.

**SECOND DEFENSE**

Plaintiff has failed to state a claim on which relief can be granted. Tocris reserves it's right to assert any and all additional defenses and counterclaims that discovery may reveal.

**COUNTERCLAIMS**

1. Tocris Bioscience Corp., ("Tocris") for their Counterclaims against PSN Illinois ( "PSN"), alleges as follows:

**The Parties**

2. Tocris is a company incorporated in Delaware with its principal place of Tocris House, IO Centre, Moorend Farm Avenue, Avonmouth, Bristol, BS11 0QL, United Kingdom.

3. PSN has alleged that it is an Illinois corporation with a place of business at 280 W. Adams Street, Chicago, Illinois 60604.

**Jurisdiction and Venue**

4. This counterclaim arises under the Patent Laws of the United States, 35 U.S.C. § 100 *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

5. The Court has original jurisdiction over the subject matter of this counterclaim pursuant to 28 U.S.C. §§ 1331 and 1338 (a).

6. The Court has personal jurisdiction over PSN because PSN has availed itself to the rights and privileges of this forum by suing counterplaintiff in this District.

7. Venue is proper in this District under 28 U.S.C. §§ 1391(b), (c) and 1400 (b).

## FACTUAL ALLEGATIONS

8. On or about January 5, 1999, the United States Patent and Trademark Office ("PTO") issued U.S. Patent No. 5, 856, 443 (the "'443 Patent"), entitled "MOLECULAR CLONING AND EXPRESSION OF G-PROTEIN COUPLED RECEPTORS" to Alexander John MacLennan.

9. PSN purports to own and to have the right to enforce the '443 Patent.

10. On or about February 11, 2003, the United States Patent and Trademark Office issued U.S. Patent No. 6,518,414B1 (the "'414 Patent"), entitled "MOLECULAR CLONING AND EXPRESSION OF G-PROTEIN COUPLED RECEPTORS" to Alexander John MacLennan.

11. PSN purports to own and have the right to enforce the '414 Patent.

12. In the Amended Complaint, PSN alleges that Tocris has infringed claims of at least the '443 and '414 Patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $p^{H218}$ ("S1P2") by use in SIP receptor antagonist, highly selective for S1P2 (EDG-5) (Catalog #2392 JTE-013).

13. A real, actual, and justiciable controversy exists between Tocris and PSN regarding the non-infringement of the '443 and '414 patents, constituting a case of actual controversy

within the jurisdiction of this Court under the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202.

## COUNT I
### (Declaration of Non-Infringement of the '443 Patent)

14. Tocris realleges paragraphs 1 through 13 above.

15. Tocris does not and has not infringed any claim of the '443 Patent.

## COUNT II
### (Declaration of Non-Infringement of the '414 Patent)

16. Tocris realleges paragraphs 1 through 13 above.

17. Tocris does not and has not infringed any claim of the '414 Patent.

## JURY DEMAND

Tocris demands trial by jury on all issues triable by jury as of right.

 /s/  Sherry L. Rollo_____
Philip D. Segrest, Jr.
J. Aron Carnahan
Sherry L. Rollo
Husch Blackwell Sanders Welsh & Katz
120 South Riverside Plaza
Chicago, IL 60606
philip.segrest@huschblackwell.com
aron.carnahan@huschblackwell.com
Sherry.rollo@huschblackwell.com

*Attorneys for Defendant Tocris Bioscience*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2008, a true and correct copy of the foregoing Memorandum was served upon all counsel of record by the CM/ECF system and U.S. mail on:

Michael P Mazza
Dana Laura Drexler
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
(630)858-5071

Jordan A. Sigale
Julie Lynn Langdon
Laura A. Wytsma
Loeb & Loeb LLP
321 N. Clark Street
Suite 2300
Chicago, IL 60610
(312)464-3100

Timothy P. Maloney
Fitch, Even, Tabin & Flannery
120 South LaSalle Street
Suite 1600
Chicago, IL 60603-3406
(312) 577-7000

Robert L Dawidiuk
Shawn Michael Collins
Collins Law Firm P.C.
1770 North Park
200
Naperville, IL 60563

Susan G. L. Glovsky
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
Concord, MA 01742
(978) 341-0036

Vivien J. Tannoch-Magin
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
Concord, MA 01742
(978) 341-0036

      /s/ Sherry L. Rollo
Counsel for Defendant Tocris Bioscience Corp.

– 13 –

– 13 –