2109007RP8                                                                                          LLB/ec

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PSN ILLINOIS, LLC

        Plaintiff,

v.                                                                                             No. 08 CV 3742

SIGMA-ALDRICH CORP., EMD                                               Rebecca R. Pallmeyer
CHEMICALS INC., VWR
INTERNATIONAL LLC, ORBIGEN, INC.,
AXXORA LIFE SCIENCES, INC.,
CAYMAN CHEMICAL COMPANY, INC.,
ORIGENE TECHNOLOGIES, INC.,
SUPERARRAY BIOSCIENCE CORP.,
TOCRIS BIOSCIENCE, AND MILLIPORE
CORP.

        Defendants.

## SIGMA-ALDRICH CO.'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Defendant Sigma-Aldrich Company, incorrectly sued as Sigma-Aldrich Corporation, responds to Plaintiff's Amended Complaint as follows:

### NATURE OF LAWSUIT

2.  This is a claim for patent infringement arising under the patent laws of the United States Title 35 of the United States Code.

**ANSWER:**  Sigma-Aldrich Company admits the allegations contained in paragraph 2.

### THE PARTIES

3.  PSN is an Illinois corporation with a place of business at 280 W. Adams Street, Chicago, Illinois 60604. PSN is the assignee of, and owns all rights, title and interest in and to, and has standing to sue for past, present and future infringement of: United States Patent No. 5,856,443, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors,"

issued on Jan. 5, 1999 ("the '443 patent") (Exhibit A); and United States Patent No. 6,518,414B1, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Feb. 11, 2003 ("the '414 patent") (Exhibit B) (collectively "PSN's Patents").

**ANSWER:** Sigma-Aldrich Company admits that PSN, LLC's registered agent address is 280 W. Adams Street, Chicago, Illinois. Sigma-Aldrich company further admits the allegations concerning the number, title and issue dates of PSN's patents. Sigma-Aldrich Company lacks sufficient information to form a belief as to the truth or falsity of the remainder of the allegations contained in paragraph 3 and therefore denies the same.

4. Defendant Sigma-Aldrich Corp. (Sigma) is a company incorporated in Delaware with a principal place of business at 3050 Spruce Street, St. Louis, MO 63103. Sigma transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:** Sigma-Aldrich Company admits that Sigma-Aldrich Company is incorporated in Illinois and Sigma-Aldrich Corp. is incorporated in Delaware, each with a principal place of business at 3050 Spruce Street, St. Louis, MO 63103. Sigma-Aldrich Company admits that it transacts business in this judicial district. Sigma-Aldrich Company denies the remainder of the allegations contained in paragraph 4.

5. Defendant EMD Chemicals Inc. (aka EMD Biosciences Inc.) (EMD) is a company incorporated in New York with principal places of business at 480 S. Democrat Road, Gibbstown, NJ 08027. EMD transacts business and has sold to customers and/or offered for sate, in this judicial district, products and services that

2

infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:** Sigma-Aldrich Company lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 5 and therefore denies the same.

6. Defendant VWR International LLC (VWR) is a company incorporated in Delaware with its principal place of business at 1310 Goshen Parkway, West Chester, PA 193850. VWR transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:** Sigma-Aldrich Company lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 6 and therefore denies the same.

7. Defendant, Orbigen, Inc. (Orbigen) is a company incorporated in California with its principal place of business at 6827 Nancy Ridge Drive, San Diego, CA 92121. Orbigen transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:** Sigma-Aldrich Company lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 7 and therefore denies the same.

8. Defendant, Axxora Life Sciences, Inc. (Axxora) is a company incorporated in Delaware with its principal place of business at 6181 Cornerstone Court East, Suite 103, San Diego, CA 92121. Axxora transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:** Sigma-Aldrich Company lacks sufficient information to form a belief as to

the truth or falsity of the allegations contained in paragraph 8 and therefore denies the same.

9. Defendant, Cayman Chemical Company Inc. (Cayman) is a company incorporated in Colorado with its principal place of business at 1180 E. Ellsworth Rd., Ann Arbor, MI 48108. Cayman transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:** Sigma-Aldrich Company lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 9 and therefore denies the same.

10. Defendant, Origene Technologies, Inc. (Origene) is a company incorporated in Delaware with its principal place of business at 6 Taft Court, Suite 300, Rockville, MD 20850. Origene transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:** Sigma-Aldrich Company lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 10 and therefore denies the same.

11. Defendant, Superarray Bioscience Corporation (Superarray) is a company incorporated in Delaware with its principal place of business at 15 Wormans Mill Court, Suite 101, Frederick MD 21701. Superarray transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:** Sigma-Aldrich Company lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 11 and therefore denies the same.

12. Defendant, Tocris Bioscience (Tocris) is a company incorporated in

4

Delaware with its principal place of business at 16144 Westwoods Business Park, Ellisvilte, MO 63021. Tocris transacts business and has sold to customers and/or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:** Sigma-Aldrich Company lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 12 and therefore denies the same.

13. Defendant, Millipore Corporation (Millipore) is a company incorporated in Massachusetts with its principal place of business at 290 Concord Rd. Billerica, MA 01821. Millipore transacts business and has sold to customers and./or offered for sale, in this judicial district, products and services that infringe claims of one or more of the MacLennan Patents, as discussed below.

**ANSWER:** Sigma-Aldrich Company lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 13 and therefore denies the same.

## JURISDICTION AND VENUE

14. This Court has exclusive jurisdiction over the subject matter of the Complaint under 28 U.S.C. §§ 1331 and 1338(a).

**ANSWER:** Sigma-Aldrich Company admits the allegations contained in paragraph 14.

15. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b), (c), (d) and/or 1400(h).

**ANSWER:** Sigma-Aldrich Company admits the allegations contained in paragraph 15.

## THE DEFENDANTS' ACTS OF PATENT INFRINGEMENT

16. Defendant Sigma has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka

pH218 ("S1P2") that fall within the scope of claims of these patents, including the following products:

    i.    S I P2 C-Terminal Blocking Peptide (Catalog # E8028):

    ii.    Anti-SIP2, C-Terminal antibody produced in rabbit (Catalog E7278);

    iii.    Monoclonal Anti-S1P2, C-Terminal antibody produced in mouse (Catalog # E4767); and

    iv.    Monoclonal Anti-S I P2. N-Terminal antibody produced in mouse (Catalog # E4892).

**ANSWER:** Sigma-Aldrich Company admits that it has offered for sale, sold, and distributed the products listed in subparagraphs i through iv. Sigma-Aldrich Company denies the remainder of the allegations contained in paragraph 16.

17. Defendant EMD has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka pH218 ("S1P2") that fall within the scope of claims of these patents, including the following: Anti- EDG 5 (Ab-1) Mouse mAb (Catalog # GR44).

**ANSWER:** Sigma-Aldrich Company lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 17 and therefore denies the same.

18. Defendant VWR has infringed claims of at least the '443 and '414 patents through, among other activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka pH218 ("SIP2") that fall within the scope of claims of these patents, including the following: S1P2 Receptor Antagonist (Catalog # 80017-352).

6

**ANSWER:** Sigma-Aldrich Company lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 18 and therefore denies the same.

19. Defendant Orbigen has infringed claims of at least the '443 and '414 patents through, among other activities, the manufacture, use, offer for sale, sale, and/or distribution of products and service utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka pH218 ("S1P2") that fall within the scope of claims of these patents, including these products:

   i. Rabbit Endothelial differentiation sphingolipid G-protein-coupled receptor 5 (EDG5) polyclonal antibody (Catalog # PAB-10630): and

   ii Chicken Endothelial differentiation sphingolipid G-protein-coupled receptor 5 (EDG5) polyclonal antibody (Catalog # PAB-U0005).

**ANSWER:** Sigma-Aldrich Company lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 19 and therefore denies the same.

20. Defendant Cayman has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and service utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka pH218 ("S1P2") that fall within the scope of claims of these patents, including the following: JTE-013 (Catalog # 10009458).

**ANSWER:** Sigma-Aldrich Company lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 20 and therefore denies the same.

21. Defendant Axxora has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and service utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka

7

pH218 ("S1P2") that fall within the scope of claims of these patents, including at least the following product corresponding to Cayman catalog: JTE-013 (Catalog # CAY-1009458).

**ANSWER:** Sigma-Aldrich Company lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 21 and therefore denies the same.

22. Defendant Origene has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka pH218 ("S1P2") that fall within the scope of claims of these patents, including these products:

  i. Homo sapiens endothelial differentiation, sphingolipid G-protein coupled receptor, 5 (EDG5) as 10ug transfection ready DNA NM_004230.2 (Catalog # SC 117485):

  ii. HuSH 29mer shRNA Constructs against EDG5 Locus ID = 9294 (Catalog # TR313297);

  iii. ORF Clone of Homo sapiens endothelial differentiation, sphingolipid G-protein-coupled receptor, 5 (EDG5) as 10 ug transfection ready DNA NM_004230.2 (Catalog # RC210163); and

  iv. shRNA constructs against Mus musculus Edg5 Locus ID = 14739 (Catalog # TR513284).

**ANSWER:** Sigma-Aldrich Company lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 22 and therefore denies the same.

23. Defendant Superarray has infringed claims of at least the '443 and '414 patents

through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine, 1-Phosphate Receptor 2/ aka Edg 5/ aka pH218 ("S1P2") that fall within the scope of claims of these patents, including these products:

i. Human G-Protein-Coupled Receptor Signaling PathwayFinderra™ (Catalog # PARS-071);

ii. $RT^2$ PCR Primer Set for Mouse EDG 5: Endothelial differentiation, sphingolipid G-protein coupled receptor, 5 (Catalog # PPM05309A);

iii. Oglio GE Array Human G-Protein-Coupled Receptor Signaling PathwayFinder™ (Catalog # OHS-071 and EHS-071); and

iv. SureSilencing shRNA Plasmid for Human EDG5: Endothelial differentiation, sphingolipid G-protein coupled receptor, 5 (Catalog # KHO2350G for the GFP marker or KH02350N for the Neomycin resistance marker).

**ANSWER:** Sigma-Aldrich Company lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 23 and therefore denies the same.

24. Defendant Tocris has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka pH218 ("S1P2") that fall within the scope of claims of these patents, including at least the following product: S1P receptor antagonist, highly selective for S1P2 (EDG-5) (Catalog# 2392 JTE-013).

**ANSWER:** Sigma-Aldrich Company lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 24 and therefore denies the same.

25. Defendant Millipore has infringed claims of at least the '443 and '414 patents through, among activities, the manufacture, use, offer for sale, sale, and/or distribution of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka pH218 ("S1P2") that fall within the scope of claims of these patents, including these products and services:

    i.    EDG5 AdenoSilence™ RNAi Virus Human (Catalog # GAL 10065-V7);

    ii.    EDG5 AdenoSilence™ RNAi Virus Human (Catalog # GAL 10065-V6);

    iii.    EDG5 AdenoSilence™ RNAi Virus Human (Catalog # GAL 10065-V5);

    iv.    EDG5 AdenoSilence™ RNAi Kit Human (Catalog # GAL 10065);

    v.    ChemiSCREEN™ S1P2 Calcium-Optimized FLIPR Cell Lines (Catalog # HTS078C);

    vi.    ChemiSCREEN™ Human Recombinant S1P2 Lysophospholipid Receptor Calcium Optimized Ready to Assay™ (Catalog # HTS078F);

    vii.    ChemiSCREEN™ Human Recombinant S1P2 Lysophospholipid Receptor Membrane Preparation (Catalog # HTS0078M); and

    viii.    GPCRProfiler Services which screens compounds on receptors including the S1P2 receptor.

**ANSWER:**    Sigma-Aldrich Company lacks sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 25 and therefore denies the same.

26. The defendants' infringement, contributory infringement and inducement to infringe have injured and will continue to injure PSN unless and until the Court enters an injunction prohibiting further infringement and, specifically, enjoining further manufacture, use, offer for sale, sale and/or distribution of products and/or processes that fall within the scope of

PSN's Patents.

**ANSWER:** To the extent these allegations are directed to Sigma-Aldrich Co., this defendant denies the allegations contained in paragraph 26. To the extent these allegations are directed to other defendants, Sigma-Aldrich Company lack sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 26 and therefore denies the same.

## PRAYER FOR RELIEF

WHEREFORE, this defendant, SIGMA-ALDRICH CO., denies that the plaintiff, PSN Illinois, LLC, is entitled to judgment against it in any sum whatsoever and asks that plaintiff's complaint herein be dismissed and that judgment be entered in its favor against plaintiff on the remaining pleadings.

## FIRST AFFIRMATIVE DEFENSE

Sigma-Aldrich Company, for its first Affirmative Defense, states that it does not and has not infringed any claim of PSN's patents, literally or by equivalents, directly or indirectly, or in any other manner.

## SECOND AFFIRMATIVE DEFENSE

Sigma-Aldrich Company, for its second Affirmative Defense, states that, should it be found to infringe one or more claims of PSN's patents, such infringement was not willful or deliberate.

## THIRD AFFIRMATIVE DEFENSE

Sigma-Aldrich Company, for its third Affirmative Defense, states that PSN's claims are barred, in full or in part, because the claims of the '414 patent are invalid based upon the judicially created doctrine of double patenting.

### FOURTH AFFIRMATIVE DEFENSE

Sigma-Aldrich Company, for its fourth Affirmative Defense, states that PSN's claims are barred, in full or in part, because the claims of United States Patent No. 6,518,414B1 are invalid under 35 U.S.C. §§ 101, 102, 103 and/or 112.

### FIFTH AFFIRMATIVE DEFENSE

Sigma-Aldrich Company, for its fifth Affirmative Defense, states that PSN's claims are barred, in full or in part, because the claims of United States Patent No. 5,856,443 are invalid under 35 U.S.C. §§ 101, 102, 103 and/or 112.

### SIXTH AFFIRMATIVE DEFENSE

Sigma-Aldrich Company, for its sixth Affirmative Defense, states that PSN's claims are barred, in full or in part, due to laches and/or estoppel.

### SEVENTH AFFIRMATIVE DEFENSE

Sigma-Aldrich Company, for its seventh Affirmative Defense, states that PSN's claims are barred, in full or in part, based upon express or implied license, and/or the doctrine of patent exhaustion.

### EIGHTH AFFIRMATIVE DEFENSE

Sigma-Aldrich Company, for its eighth Affirmative Defense, states that PSN's claims are barred, in full or in part, based upon prosecution history estoppel.

### NINTH AFFIRMATIVE DEFENSE

Sigma-Aldrich Company, reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, those Patent Laws of the United States and any further defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case. Further, as Sigma-Aldrich's investigation is ongoing, it

reserves the right to supplement and/or amend its Answer and Counterclaims upon further investigation pursuant to Fed.R. Civ. P. 15.

### Jury Demand

This defendant demands trial by jury.

By: s/LaDonna L. Boeckman
LaDonna L. Boeckman
CRAY HUBER HORSTMAN
HEIL & VanAUSDAL LLC

LaDonna L. Boeckman (ARDC #6273463)
CRAY HUBER HORSTMAN HEIL &
VanAUSDAL LLC
303 W. Madison St., Suite 2200
Chicago, Illinois 60606
Telephone:   (312) 332-8450
Facsimile:   (312) 332-8451
Email:   LLB@crayhuber.com
Attorneys for Sigma-Aldrich Co.