2109007RP8                                                                                                llb/ec

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PSN ILLINOIS, LLC<br><br>         Plaintiff,<br><br>    v.<br><br>SIGMA-ALDRICH CORP., EMD CHEMICALS INC., VWR INTERNATIONAL LLC, ORBIGEN, INC., AXXORA LIFE SCIENCES, INC., CAYMAN CHEMICAL COMPANY, INC., ORIGENE TECHNOLOGIES, INC., SUPERARRAY BIOSCIENCE CORP., TOCRIS BIOSCIENCE, AND MILLIPORE CORP.<br><br>         Defendants. | No. 08 CV 3742<br><br>Rebecca R. Pallmeyer |

## NOTICE OF FILING

**TO:** All Counsel of Record
       (See Attached Service List)

YOU ARE HEREBY NOTIFIED that on August 27, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois Eastern Division, Chicago, Illinois, Defendant, Sigma-Aldrich Co.'s Answer to Plaintiff's Amended Complaint, a copy of which is attached and hereby served upon you.

                                      By:    s/LaDonna L. Boeckman
                                             LaDonna L. Boeckman
                                             CRAY HUBER HORSTMAN
                                             HEIL & VanAUSDAL LLC

LaDonna L. Boeckman (ARDC #6273463)
CRAY HUBER HORSTMAN HEIL & VanAUSDAL LLC
303 W. Madison St., Suite 2200
Chicago, Illinois 60606
Telephone:   (312) 332-8450
Facsimile:   (312) 332-8451
Email:       LLB@crayhuber.com
Attorneys for Sigma-Aldrich Co.

## CERTIFICATE OF SERVICE

The undersigned certifies pursuant to Fed.R.Civ.P. 5 and L/R/ 5.5, that a true and correct copy of the foregoing Notice was served via electronic service on August 27, 2008 upon:

**Attorneys for PSN Illinois, LLC**
Michael Mazza
Michael P. Mazza, LLC
686 Crescent Boulevard
Glen Ellyn, Illinois 60139
e-mail: mazza@mazzallc.com

Dana Lauren Drexler
Michael P. Mazza, LLC
686 Crescent Boulevard
Glen Ellyn, Illinois 60139
dana@mazzallc.com

Shawn Collins
The Collins Law Firm
1770 N. Park Street
Suite 200
Naperville, Illinois 60563
smc@collinslaw.com

Robert Dawidiuk
The Collins Law Firm
1770 N. Park Street
Suite 200
Naperville, Illinois 60563
rdawidiuk@collinslaw.com

**Attorneys for Cayman Chemical Company, Inc. and Axxora Life Sciences, Inc.**
Julie Lynn Langdon
Loeb & Loeb LLP
321 North Clark Street
Suite 2300
Chicago, Illinois 60610
jlangdon@loeb.com

Jordan A. Sigale
Loeb & Loeb
321 North Clark Street
Suite 2300
Chicago, Illinois 60610
jsigale@loeb.com

Laura A. Wytsma
LOEB & LOEB LLP
10100 Santa Monica Boulevard
Suite 2200
Los Angeles, California 90067
lwytsma@loeb.com

**Attorneys for Millipore Corp.**
Susan G. L. Glovsky
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
Concord, Massachusetts 01742
Susan.glovsky@hbsr.com

Timothy P. Maloney
Fitch, Even, Tabin & Flannery
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
tpmalo@fitcheven.com

Vivien J. Tannoch-Magin
Susan G. L. Glovsky
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
Concord, Massachusetts 01742
Vivien.tannoch@hbsr.com

**Attorneys for Tocris Bioscience**
Sherry L. Rollo
Husch Blackwell Sanders Welsh & Katz
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
Sherry.rollo@huschblackwell.com

Philip D. Segrest, Jr.
Husch Blackwell Sanders Welsh & Katz
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
Philip.segrest@huschblackwell.com

J. Aron Carnahan
Husch Blackwell Sanders Welsh & Katz
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
Aron.carnahan@huschblackwell.com

             By: s/LaDonna L. Boeckman
                LaDonna L. Boeckman
                CRAY HUBER HORSTMAN
                HEIL & VanAUSDAL LLC

LaDonna L. Boeckman (ARDC #6273463)
CRAY HUBER HORSTMAN HEIL &
VanAUSDAL LLC
303 W. Madison St., Suite 2200
Chicago, Illinois 60606
Telephone: (312) 332-8450
Facsimile: (312) 332-8451
Email: LLB@crayhuber.com
Attorneys for Sigma-Aldrich Co.