2109007RP8                                            LLB/ec

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

PSN ILLINOIS, LLC

      Plaintiff,

v.                                                No. 08 CV 3742

SIGMA-ALDRICH CORP., EMD                  Rebecca R. Pallmeyer
CHEMICALS INC., VWR
INTERNATIONAL LLC, ORBIGEN,
INC., AXXORA LIFE SCIENCES, INC.,
CAYMAN CHEMICAL COMPANY,
INC., ORIGENE TECHNOLOGIES, INC.,
SUPERARRAY BIOSCIENCE CORP.,
TOCRIS BIOSCIENCE, AND
MILLIPORE CORP.

      Defendants.

## COUNTERCLAIM FOR DECLARATORY JUDGMENT

This defendant, Sigma-Aldrich Company, incorrectly sued as Sigma-Aldrich Corporation, by its undersigned attorney, seeks a declaratory judgment of noninfringement and in support states:

1. This lawsuit is a civil action arising under the patent laws of the United States, including 35 U.S.C. §§ 1 *et seq.,* and under the Declaratory Judgments Act, 28 U.S.C. § 2201.

2. On information and belief, PSN ILLINOIS, LLC is a limited liability company organized under the laws of the State of Illinois and having a principal place of business at 280 W. Adams Street, Chicago, Illinois 60604.

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338 (a) and 2201. Additionally, this Counterclaim is compulsory and therefore is within the ancillary jurisdiction of this Court.

4. This Court has personal jurisdiction over the plaintiff/counterdefendant, PSN ILLINOIS, LLC, (hereinafter PSN) because, among other reasons, it is a resident of this judicial district and because it has purposefully availed itself of the benefits and protection of the laws of the State of Illinois by filing this lawsuit.

5. PSN claims to be the assignee of and to own all rights, title and interest in and to and to have standing to sue for past, present and future infringement of: United States Patent No. 5,856,443, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Jan. 5, 1999, and United States Patent No. 6,518,414B1, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Feb. 11, 2003 (collectively "the patents-in-suit"), which patents are the basis of and are attached to PSN's Complaint.

6. PSN asserts that Sigma-Aldrich has infringed the patents-in-suit.

7. Sigma-Aldrich does not and has not infringed any claims of the patents-in-suit, literally or by equivalents, directly or indirectly, or in any other manner.

8. There is a substantial and continuing justiciable controversy between the parties as to infringement of the patents-in-suit by Sigma-Aldrich.

WHEREFORE, the defendant/counterplaintiff, Sigma-Aldrich Company, prays that this Court enter judgment in its favor and against PSN Illinois, LLC, and to:

A.  Find and declare that Sigma-Aldrich has not committed any act of infringement of United States Patent No. 5,856,443 or of United State Patent No. 6,518,414;

B.  Permanently enjoin PSN and its officers, agents and employees from asserting that Sigma-Aldrich infringes United States Patent No. 5,856,443 or of United State Patent No. 6,518,414;

C.  Declare that this case is exceptional and award Sigma-Aldrich its attorneys' fees and costs; and

D.  Grant such other and further relief to which Sigma-Aldrich may be entitled.

### Jury Demand

This defendant/counterplaintiff demands trial by jury.

By: s/LaDonna L. Boeckman
LaDonna L. Boeckman
CRAY HUBER HORSTMAN
HEIL & VanAUSDAL LLC

LaDonna L. Boeckman (ARDC #6273463)
CRAY HUBER HORSTMAN HEIL &
VanAUSDAL LLC
303 W. Madison St., Suite 2200
Chicago, Illinois 60606
Telephone:   (312) 332-8450
Facsimile:   (312) 332-8451
Email:       LLB@crayhuber.com
Attorneys for Sigma-Aldrich Co.