IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08CV3742 |
| v. | ) ) ) | Judge Rebecca R. Pallmeyer |
| Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International, LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATED MOTION FOR EXTENSION OF TIME**

In view of ongoing settlement discussions, Plaintiff PSN Illinois, LLC ("PSN") and Defendant VWR International, LLC ("VWR") hereby stipulate to extend the time for VWR to answer or otherwise respond to the first amended complaint filed in the above-captioned matter to and including September 12, 2008. A proposed Order accompanies this motion.

Dated: August 29, 2008


/s/ Charles W. Shifley
**Charles W. Shifley**
**Robert H. Resis**
**Michael Krashin**
BANNER & WITFCOFF, LTD.
Ten South Wacker Drive
Suite 3000
Chicago, IL 60606
Tel: (312) 463-5000
Fax: (312) 463-5001
Email: cshifley@bannerwitcoff.com
*Attorneys for Defendant, VWR International, LLC*

/s/ Dana L. Drexler
**Dana L. Drexler**
MICHAEL P. MAZZA, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
Tel: (630) 858-5071
Fax: (630) 282-7123
Email: dana@mazzallc.com
*Attorney for PSN Illinois*

**CERTIFICATE OF SERVICE**

  I, Charles W. Shifley, hereby certify that on August 29, 2008, I electronically filed the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME** with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

**Michael P Mazza**
**Dana Lauren Drexler**
MICHAEL P. MAZZA, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
Email: mazza@mazzallc.com
*Attorneys for Plaintiff, PSN Illinois, LLC*

**Shawn Michael Collins**
**Robert L Dawidiuk**
Collins Law Firm P.C.
1770 North Park
Suite 200
Naperville, IL 60563
Email: smc@collinslaw.com
*Attorneys for Plaintiff, PSN Illinois, LLC*

**LaDonna L Boeckman**
Cray Huber Horstman & VanAusdal LLC
303 West Madison Street
Suite 2200
Chicago, IL 60606
Email: llb@crayhuber.com
*Attorneys for Co-Defendant, Sigma-Aldrich Corp.*

**Jordan A. Sigale**
**Julie Lynn Langdon**
Loeb & Loeb LLP
321 N. Clark Street
Suite 2300
Chicago, IL 60610
Email: jsigale@loeb.com

**Laura A Wytsma**
Loeb & Loeb LLP
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067
Email: lwytsma@loeb.com

*Attorneys for Co-Defendant Axxora Life Sciences, Inc. and Cayman Chemical Company, Inc.*

**Philip Dale Segrest, Jr.**
**John Aron Carnahan**
**Sherry Lee Rollo**
Husch Blackwell Sanders Welsh & Katz
120 S. Riverside Plaza
22nd Floor
Chicago, IL 60606
Email: pdsegrest@welshkatz.com
*Attorneys for Defendant, Tocris Bioscience*

**Susan G. L. Glovsky**
**Vivien J. Tannoch-Magin**
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
Concord, MA 01742
Email: susan.glovsky@hbsr.com

**Timothy P. Maloney**
Fitch, Even, Tabin & Flannery
120 South LaSalle Street
Suite 1600
Chicago, IL 60603-3406
Email: tpmalo@fitcheven.com
*Attorneys for Co-Defendants, Millipore Corp.*

By: /s/ Charles W. Shifley
Charles W. Shifley
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Suite 3000
Chicago, IL 60606
Tel: (312) 463-5000
Fax: (312) 463-5001
Email: cshifley@bannerwitcoff.com

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08CV3742 |
| v. | ) ) ) | Judge Rebecca R. Pallmeyer |
| Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International, LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### [PROPOSED] ORDER

This matter, coming before the Court upon the Plaintiff PSN Illinois, LLC's and Defendant VWR International, LLC's **Stipulated Motion for Extension of Time,** all parties given due notice and the Court being fully advised on the premises;

**IT IS ORDERED:**

That VWR International, LLC is allowed to answer or otherwise respond to the first amended complaint in the above-captioned matter on or before September 12, 2008.

ENTERED:

_____
REBECCA R. PALLMEYER
UNITED STATES DISTRICT JUDGE