## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3742 | **DATE** | 8/28/2008 |
| **CASE TITLE** | PSN Illinois, LLC vs. Sigma-Aldridge Corp., et al | | |

**DOCKET ENTRY TEXT**

Stipulated motion for extension of time [56] granted. EMD Chemicals Inc. is granted leave to answer or otherwise respond to the first amended complaint on or before 9/12/2008. Rule 16 conference set for 9/3/2008 stricken and reset to 9/30/2008 at 9:00.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|