# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3742 | **DATE** | 9/2/2008 |
| **CASE TITLE** | PSN Illinois, LLC vs. Sigma-Aldrich Corp., et al | | |

**DOCKET ENTRY TEXT**

Motions for leave to appear *pro hac vice* [65, 66, 67] granted as to Harrie Samaras, Stanley Weinberg, and Jonathan H. Spadt on behalf of defendant EMD Chemicals, Inc.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|