## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 08-C-3742 RRP

PSN Illinois, LLC v. Sigma-Aldrich Corp, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Superarray Bioscience Corporation (now known as SABiosciences Corporation)

| | |
|---|---|
| **NAME (Type or print)**<br>Thomas F. Poche' | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/  Thomas F. Poche' | |
| **FIRM**<br>Cooley Godward Kronish LLP | |
| **STREET ADDRESS**<br>777 6th Street, N.W., Suite 1100 | |
| **CITY/STATE/ZIP**<br>Washington, D.C.  20001 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6230056 | **TELEPHONE NUMBER**<br>202-842-7800 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐