IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PSN Illinois, LLC, an Illinois corporation, | |
| Plaintiff, | Civil Action No. 1:08-CV-3742 |
| v. | Judge Rebecca A. Pallmeyer |
| Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp., | Magistrate Judge Maria Valdez |
| Defendants. | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on September 5, 2008, we caused to be filed with the Clerk of the Circuit Court of Cook County, Illinois, Richard J. Daley Center, Chicago, Illinois, the **Answer And Counterclaims Of Cayman Chemical Company To Plaintiff's Amended Complaint**, a copy of which is included with this Notice.

This 5th day of September, 2008.    By:    /s/ Julie L. Langdon
                                            Julie L. Langdon

LOEB & LOEB LLP
321 North Clark, Suite 2300
Chicago, Illinois 60654
(312) 464-3138
(312) 464-3111 (facsimile)