IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PSN Illinois, LLC, an Illinois corporation,<br><br>　　Plaintiff,<br><br>　　v.<br><br>Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp.,<br><br>　　Defendants. | Civil Action No. 1:08-CV-3742<br><br>Judge Rebecca A. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on September 5, 2008, we caused to be filed with the Clerk of the Circuit Court of Cook County, Illinois, Richard J. Daley Center, Chicago, Illinois, the **Answer of Axxora Life Science, Inc. to Plaintiff's Amended Complaint,** a copy of which is included with this Notice.

This 5th day of September, 2008.　　By:　　/s/ Julie L. Langdon
　　　　　　　　　　　　　　　　　　　　　　Julie L. Langdon

　　　　　　　　　　　　　　　　　LOEB & LOEB LLP
　　　　　　　　　　　　　　　　　321 North Clark, Suite 2300
　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　(312) 464-3138
　　　　　　　　　　　　　　　　　(312) 464-3111 (facsimile)