IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRCT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PSN Illinois, LLC, | ) | |
| | ) | Case No. 08 cv 3742 |
| Plaintiff, | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| vs. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**CONSENT JUDGMENT ORDER AS TO DEFENDANT SABIOSCIENCES
(FORMERLY SUPERARRAY BIOSCIENCE CORPORATION)**

This action has come before the Court upon the pleadings and proceedings of record, and it has been represented to the Court that the parties, plaintiff PSN Illinois, LLC ("PSN") and defendant SABiosciences Corporation (formerly SuperArray Bioscience Corp.) ("SABiosciences"), collectively "the Parties," have agreed to a compromise and settlement of this action and have entered into a Confidential Settlement And License Agreement dated September 3, 2008 ("the Settlement Agreement") wherein SABiosciences has agreed to the entry of this judgment;

**WHEREFORE**, with the consent of the Parties, through their undersigned attorneys, and with the approval of this Court, it is hereby finally **ORDERED, ADJUDGED AND DECREED** as follows:

1.  The Court has jurisdiction over the parties and the subject matter of this action.

2.  PSN owns and has standing to sue for infringement of United States Patent No. 5,856,443, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Jan. 5, 1999, and United States Patent No. 6,518,414B1, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Feb. 11, 2003 ("PSN's Patents").

3.  Each of the claims of PSN's Patents are valid and enforceable.

4.  PSN's Patents have been infringed by SABiosciences through its distribution and offer for sale of products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $_pH218$ ("S1P2") that fall within the scope of claims of PSN's Patents, including at least the following SABiosciences products: (a) nucleotide arrays containing S1P2 / EDG5 sequences (e.g., Human G-Protein-Coupled Receptor Signaling PathwayFinder™ (Catalog # PAHS-071), and Oglio GE Array Human G-Protein-Coupled Receptor Signaling PathwayFinder™ (Catalog # OHS-071 and EHS-071)); (b) primer sets corresponding to S1P2 / EDG5 sequences (e.g., $RT^2$ PCR Primer Set for Mouse EDG 5: Endothelial differentiation, sphingolipid G-protein coupled receptor, 5 (Catalog # PPM05309A)); and (c) siRNA vectors targeting S1P2 / EDG5 sequences.

5.  Subject to Paragraph 7(b) of the Settlement Agreement, no payment for or release of the infringing products which may have been used by any third parties is provided, and PSN is free to pursue its damages claim in this action against such third parties.

6. SABiosciences agrees to and hereby waives and relinquishes the right to ever contest the validity or enforceability of either of PSN Patents and any of their claims in their present form, whether such assertion of invalidity or unenforceability would be made in a court proceeding or Patent Office proceeding, and whether or not such assertion is made with respect to the infringing products in this action or with respect to any other products that may be made, used, sold and/or offered for sale by SABiosciences in the future.

7. All claims and defenses of each of the Parties are hereby dismissed with prejudice.

8. The parties shall each bear their own costs and attorney fees incurred in this action, and the Court shall retain jurisdiction to enforce the terms of this Consent Judgment Order and the corresponding Settlement Agreement between the parties concerning this action.

Dated: Sept. 12 2008

_____
Honorable Rebecca R. Pallmeyer
United States District Court Judge

_____
Thomas F. Poché
Cooley Godward Kronish LLP
777 6th Street, NW, Suite 1100
Washington, DC 20001
Tel: 202-842-7800
Fax: 202-8427899

**ATTORNEY FOR
SABIOSCIENCES CORPORATION**
(formerly SuperArray
Bioscience Corporation)

_____
Michael P. Mazza
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
Tel: 630-858-5071
Fax: 630-282-7123

**ATTORNEY FOR PSN
ILLINOIS, LLC**