**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRCT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PSN ILLINOIS, LLC,**<br>**an Illinois corporation,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp.**<br><br>**Defendants.** | ) | **Case No. 08-cv3742**<br><br>**Judge Rebecca R. Pallmeyer**<br><br>**Magistrate Judge Maria Valdez** |

**PSN ILLINOIS LLC'S REPLY TO DEFENDANT SIGMA-ALDRICH COMPANY'S COUNTERCLAIM FOR DECLARATORY JUDGMENT**

Plaintiff/Counterdefendant PSN Illinois, LLC, ("PSN") by their undersigned attorneys hereby answers the Counterclaims presented by Defendants/Counterclaimants Sigma-Aldrich Company ("Sigma") as follows in which Sigma's Counterclaim for Declaratory Judgment, paragraph-by-paragraph, is reproduced below, and in each case followed by PSN's reply:

1. This lawsuit is a civil action arising *under* the patent laws *of* the United States, including 35 U.S.C. §§ I *et seq.,* and under the Declaratory Judgments Act, 28 U.S.C. § 2201.

**RESPONSE:** PSN admits that this is a civil action arising under the patent laws of the United States, including 35 U.S.C. §§ I *et seq.,* and under the Declaratory Judgments Act, 28 U.S.C. § 2201, but denies that Sigma has any relief against PSN.

2. On information and belief, PSN ILLINOIS, LLC is a limited liability company organized under the laws of the State of Illinois and having a principal place of business at 280 W. Adams Street, Chicago, Illinois 60604.

**RESPONSE:** PSN admits to being a limited liability company organized under the laws of the State of Illinois, and having an address at 280 W. Adams Street, Chicago, Illinois 60604.

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, 1338 (a) and 2201. Additionally, this Counterclaim is compulsory and therefore is within the ancillary jurisdiction of this Court.

**RESPONSE:** PSN admits the allegations of Paragraph 3.

4. This Court has personal jurisdiction over the plaintiff/counterdefendant, PSN ILLINOIS, LLC, (hereinafter PSN) because, among other reasons, it is a resident of this judicial district and because it has purposefully availed itself of the benefits and protection of the laws of the State of Illinois by filing this lawsuit.

**RESPONSE:** PSN admits the allegations of Paragraph 4.

5. PSN claims to be the assignee of and to own all rights, title and interest in and to and to have standing to sue for past, present and future infringement of: United States Patent No. 5,856,443, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Jan. 5, 1999, and United States Patent No. 6,518,414B 1, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Feb. 11, 2003 (collectively "the patents-in-suit"), which patents are the basis of and are attached to PSN's Complaint.

**RESPONSE:** PSN admits the allegations of Paragraph 5.

6. PSN asserts that Sigma-Aldrich has infringed the patents-in-suit.

**RESPONSE:** PSN admits the allegations of Paragraph 6.

7. Sigma-Aldrich does not and has not infringed any claims of the patents-in-suit, literally or by equivalents, directly or indirectly, or in any other manner.

**RESPONSE:** PSN denies the allegations of Paragraph 7.

8. There is a substantial and continuing justiciable controversy between the parties as to infringement of the patents-in-suit by Sigma-Aldrich.

**RESPONSE:** PSN admits the allegations of Paragraph 8.

WHEREFORE, Plaintiff/Counterdefendant PSN ILLINOIS, LLC prays this Court enter judgment in its favor and against Sigma-Aldrich Corporation, and deny each subsection A-D of relief requested by Sigma-Aldrich Corporation in its counterclaim.

**JURY DEMAND**

PSN requests a jury as to all issues raised not only by its Complaint, but also by Sigma-Aldrich Corporation's counterclaims and/or PSN's reply thereto.

Respectfully submitted,

FOR PSN ILLINOIS, LLC

/s/ Dana L. Drexler

Michael P. Mazza (IL Bar No. 6201609)
Dana Drexler (IL Bar No. 6291515)
Michael P. Mazza, LLC
686 Crescent Blvd.,
Glen Ellyn, IL 60139
P: 630-858-5071
E-Mail: mazza@mazzallc.com

Shawn M. Collins (IL Bar No. 6195107)
Robert Dawidiuk (IL Bar. No. 6282717)
The Collins Law Firm
1770 N. Park Street, Suite 200
Naperville, IL 60563
P: 630-527-1595
E-Mail: smc@collinslaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **PSN Illinois' LLC's Reply to Sigma Aldrich Company's Counterclaim For Declaratory Judgment** was duly served on counsel of record for all parties in attached Service List in accordance with the provisions of Rule 5(b) of the Federal Rules of Civil Procedure, by electronic filing via ECF pursuant to the General Order on Electronic Filing of the United States District Court, Northern District of Illinois.

Dated: September 16, 2008 /s/ Dana L. Drexler

**SERVICE LIST**

Michael P. Mazza (trial attorney)
Dana L. Drexler
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
Phone: (630) 858-5071
Fax: (630) 282-7123
Email: mazza@mazzallc.com
Email: dana@mazzallc.com

Shawn M. Collins
Robert L. Dawidiuk
The Collins Law Firm
1770 N. Park Street
Suite 200
Naperville, IL 60563
Phone: (630) 527-1595
Email: smc@collinslaw.com
Email: rdawidiuk@collinslaw.com
**Attorneys for Plaintiff**
**PSN Illinois, LLC ("PSN")**

Philip D. Segrest, Jr. (trial attorney)
J. Aron Carnahan
Sherry L. Rollo
Husch Blackwell Sanders Welsh & Katz
120 S. Riverside Plaza
22nd Floor
Chicago, IL 60606
Phone: (312) 655-1500
Email:
Philip.segrest@huschblackwell.com;
aron.carnahan@huschblackwell.com;
sherry.rollo@huschblackwell.com
**Attorneys for Defendant**
**Tocris**

LaDonna L. Boeckman
Cray Huber Horstman Heil & VanAusdal LLC
303 W. Madison Street
Suite 2200
Chicago, IL 60604
Phone: (312) 332-8516
Fax: (312) 332-8451
Email: LLB@crayhuber.com
**Attorneys for Defendant**
**Sigma Aldrich Corp.**

Jordan A. Sigale (trial attorney)
Laura A. Wytsma
Julie L. Langdon
Loeb & Loeb, LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
Phone: (312) 464-3138
Fax: (312) 276-8375
Email: jsigale@loeb.com; jlangdon@loeb.com;
lwytsma@loeb.com
**Attorneys for Defendants**
**Cayman Chemical Company Inc. and Axxora Lifesciences Inc.**

Charles W. Shifley (trial attorney)
Michael L. Krashin (trial attorney)
Robert H. Resis
Banner & Witcoff, Ltd.
Ten South Wacker Drive, #3000
Chicago, IL 60606
Phone: (312) 463-5000
Fax: (312) 463-5001
Email: cshifley@bannerwitcoff.com;
mkrashin@bannerwitcoff.com;
rresis@bannerwitcoff.com
**Attorneys for EMD Chemicals Inc. and VWR International LLC**

Susan G.L. Glovsky
Vivien J. Tannoch-Magin
John L. DuPre
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
Concord, MA 01742
Phone: (974) 341-0036
Email: vivien.tannoch@hbsr.com
Email: Susan.glovsky@hbsr.com

Timothy P. Maloney
Fitch, Even, Tabin & Flannery
120 S. LaSalle St., Suite 1600
Chicago, IL 60603
Phone: (312) 577-7000
Email: tpmalo@fitcheven.com
**Attorneys for Defendant Millipore Corp.**

Thomas F. Poche'
Cooley Godward Kronish LLP
777 6th Street, N.W.
Suite 1100
Washington, D.C. 20001
Phone: (202) 842-7800
Email: tpoche@cooley.com
**Attorneys for Superarray Bioscience Corporation**