**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRCT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PSN ILLINOIS, LLC, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International, LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corporation.<br><br>Defendants. | ) | Case No. 08-cv3742<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

**REPORT OF PARTIES PLANNING MEETING**

Pursuant to the Court's Order Setting Initial Status Report dated July 29, 2008, the parties identified in the Appendix provide this Report of Parties Planning Meeting. This case is set for a status hearing before the Court **at 9:00** a.m. on October 2, 2008.

1. **Meeting.** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held via teleconference on August 21, 2008 at 11:00 a.m. and was attended by:

**For Plaintiffs:**
Michael P. Mazza
Dana L. Drexler
*Attorneys for PSN Illinois, LLC*

**For Defendants:**
Laura A. Wytsma
Julie L. Langdon
*Attorneys for Cayman Chemical Company Inc. and Axxora Lifesciences Inc.*

Susan G. L. Glovsky
Vivien J. Tannoch-Magin
*Attorneys for Defendant Millipore Corp.*

2. **Categories Set Forth in Fed. R. Civ. P. 26(f)(3):**

(A) The parties do not believe there should be any changes in the form or requirements for disclosure under Fed. R. Civ. P. 26(a). The parties intend to make their Initial Disclosures by October 15, 2008.

(B) The subjects on which discovery may be needed and when discovery should be completed is outlined below in section 3 "Pre-Trial Schedule."

(C) Regarding disclosure or discovery of electronically stored information, including the form(s) in which it should be produced, the parties jointly agree to the provisions of Fed. R. Civ. P. 34.

(D) Regarding issues relating to claims of privilege or of protection as trial preparation material, the parties jointly agree to the provisions of Fed. R. Civ. P. 26(b)(5).

(E) Any changes in the limitations on discovery imposed under the Federal Rules of Civil Procedure and by local rules are provided herein. The parties will cooperate in arriving at stipulations to changes in the limitations on discovery, if needed, so long as the stipulated changes do not delay the deadlines set forth herein.

(F) The parties believe that a protective order to protect confidential information would be advantageous and will seek to have an agreed upon protective order for filing with the Court in accordance with Fed. R. Civ. P. 26(c).

3. **Pre-Trial Schedule.** The parties propose to the Court the following discovery plan:

a. Discovery will be needed on the following subjects:

(1) determining whether the asserted claims of the asserted PSN Patents cover the

accused infringing products or processes;

(2) determining whether the asserted PSN patents are valid;

(3) determining whether the asserted PSN Patents are enforceable;

(4) determining inventorship and/or ownership of the asserted PSN patents;

(5) determining whether Plaintiff's claims are barred, in full or in part, based on express or implied license, and/or the doctrine of patent exhaustion; and

(6) determining facts (such as concern the Georgia Pacific factors) concerning the determination of a reasonable royalty; and

(7) determining facts concerning willful infringement.

b. Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be made by October 15, 2008. All discovery to be commenced in time to be completed by May 20, 2009.

c. The parties will need approximately 35 depositions.

(1) Plaintiff will need approximately 12 party depositions, and approximately 6-8 third party depositions.

(2) Defendants will need approximately 15 fact witness depositions, and additional depositions for Plaintiff's experts. Since there are multiple defendants, Defendants EMD Chemicals Inc., VWR International LLC, Sigma-Aldrich, Millipore Corporation, and Tocris Bioscience reserve the right to seek additional deposition(s) and more than seven (7) hours of deposition time for witnesses as may be appropriate.

d. Reports from retained experts under Rule 26(a)(2) due:

(1) From plaintiff, Burden Reports by September 1, 2009.

(2) From defendants, Rebuttal Reports by October 21, 2009.

e. Parties should be allowed until December 1, 2008 to join additional parties and to

amend the pleadings.

f. All potentially dispositive motions should be filed by November 1, 2009.

g. All summary judgment oppositions shall be filed no later than February 26, 2010.

h. All replies, if necessary, shall be filed no later than March 19, 2010.

i. Final Pre-Trial Order: Parties to prepare proposed draft by a date assigned at the Court's discretion. The parties respectfully request that the date be after decision on dispositive motions.

j. The case should be ready for trial by a date assigned at the Court's discretion. At this time it is expected to take approximately:

(1) For Plaintiff, PSN: four (4) days

(2) For Defendants: two (2) weeks for issues to be tried by the jury, and two (2) days for issues to be tried by the Court.

k. Defendants EMD Chemicals Inc., VWR International, LLC, Sigma-Aldrich, Millipore Corporation, Tocris Bioscience, Cayman Chemical Company, Inc., and Axxora Life Sciences, Inc. reserve the right to move the Court for a patent claim construction proceeding (*i.e.*, a Markman hearing) at an appropriate time.

4. **Settlement.** At least fourteen (14) days prior to the September 30, 2008 Rule 16(b) scheduling conference, plaintiff is directed in writing to make a settlement demand to the defendants. At least (7) calendar days prior to the scheduling conference, defendants are to respond in writing to plaintiff's settlement demand.

5. **Consent.** Parties do not consent unanimously to proceed before a Magistrate Judge.

Dated: __________, 2008 Enter:

______________________________________________

Hon. Rebecca R. Pallmeyer, United States District Judge

## APPENDIX – LISTING OF COUNSEL FOR THE PARTIES

Michael P. Mazza (trial attorney)
Dana L. Drexler
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
Phone: (630) 858-5071
Fax: (630) 282-7123
Email: mazza@mazzallc.com
Email: dana@mazzallc.com

Shawn M. Collins
Robert L. Dawidiuk
The Collins Law Firm
1770 N. Park Street
Suite 200
Naperville, IL 60563
Phone: (630) 527-1595
Email: smc@collinslaw.com
Email: rdawidiuk@collinslaw.com
**Attorneys for Plaintiff**
**PSN Illinois, LLC ("PSN")**

Philip D. Segrest, Jr. (trial attorney)
J. Aron Carnahan
Sherry L. Rollo
Husch Blackwell Sanders Welsh & Katz
120 S. Riverside Plaza
22nd Floor
Chicago, IL 60606
Phone: (312) 655-1500
Email:
Philip.segrest@huschblackwell.com;
aron.carnahan@huschblackwell.com;
sherry.rollo@huschblackwell.com
**Attorneys for Defendant**
**Tocris**

LaDonna L. Boeckman
Cray Huber Horstman Heil & VanAusdal LLC
303 W. Madison Street
Suite 2200
Chicago, IL 60604
Phone: (312) 332-8516
Fax: (312) 332-8451
Email: LLB@crayhuber.com
**Attorneys for Defendant**
**Sigma Aldrich Corp.**

Jordan A. Sigale (trial attorney)
Laura A. Wytsma
Julie L. Langdon
Loeb & Loeb, LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
Phone: (312) 464-3138
Fax: (312) 276-8375
Email: jsigale@loeb.com; jlangdon@loeb.com; lwytsma@loeb.com
**Attorneys for Defendants**
**Cayman Chemical Company Inc. and Axxora Lifesciences Inc.**

Charles W. Shifley (trial attorney)
Michael L. Krashin (trial attorney)
Robert H. Resis
Banner & Witcoff, Ltd.
Ten South Wacker Drive, #3000
Chicago, IL 60606
Phone: (312) 463-5000
Fax: (312) 463-5001
Email: rresis@bannerwitcoff.com
**Attorneys for EMD Chemicals Inc. and**
**VWR International LLC**

Susan G.L. Glovsky
Vivien J. Tannoch-Magin
John L. DuPre
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
Concord, MA 01742
Phone: (974) 341-0036
Email: vivien.tannoch@hbsr.com
Email: Susan.glovsky@hbsr.com

Timothy P. Maloney
Fitch, Even, Tabin & Flannery
120 S. LaSalle St., Suite 1600
Chicago, IL 60603
Phone: (312) 577-7000
Email: tpmalo@fitcheven.com
**Attorneys for Defendant Millipore Corp.**