IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRCT OF ILLINOIS
EASTERN DIVISION

08cv3742

| | | |
|---|---|---|
| PSN Illinois, LLC, | ) | |
| | ) | Case No. 08 cv 3742 |
| Plaintiff, | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| vs. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| Sigma-Aldrich Corp., et. al. | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT JUDGMENT ORDER AS TO
## DEFENDANT VWR INTERNATIONAL, LLC

This action has come before the Court upon the pleadings and proceedings of record, and it has been represented to the Court that the parties, plaintiff PSN Illinois, LLC ("PSN") and defendant VWR International, LLC collectively "the Parties," have agreed to a compromise and settlement of this action and have entered into a Confidential Settlement Agreement dated September 24, 2008 ("the Settlement Agreement") wherein VWR has agreed to the entry of this judgment;

WHEREFORE, with the consent of the Parties, through their undersigned attorneys, and with the approval of this Court, it is hereby finally ORDERED, ADJUDGED AND DECREED as follows:

1. The Court has jurisdiction over the parties and the subject matter of this action.

2. PSN owns and has standing to sue for infringement of United States Patent No. 5,856,443, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Jan. 5, 1999, and United States Patent No. 6,518,414B1, entitled

"Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Feb. 11, 2003 ("PSN's Patents").

3. VWR has no current reason to believe the claims of PSN's Patents are invalid and unenforceable.

4. VWR concedes that there has been infringement of PSN's Patents.

5. VWR agrees to and hereby waives and relinquishes the right to contest the validity or enforceability of either of the PSN Patents and any of their claims in their present form, whether such assertion of invalidity or unenforceability would be made in a court proceeding or Patent Office proceeding, and whether or not such assertion is made with respect to the accused products (as defined in the Settlement Agreement) or with respect to any other products that may be made, used, sold and/or offered for sale by VWR in the future falling within the scope of the claims of PSN's Patents in their present form.

6. All claims of PSN are hereby dismissed with prejudice.

7. The parties shall each bear their own costs and attorney fees incurred in this action, and the Court shall retain jurisdiction to enforce the terms of this Consent Judgment Order and the corresponding Settlement Agreement between the parties concerning this action.

Dated: Oct. 2  2008

*[signature]*
Honorable Rebecca R. Pallmeyer
United States District Court Judge

*[signature]*
Harrie R. Samaras
RatnerPrestia
1235 Westlakes Drive
Suite 301
Berwyn, PA 19312
Tel.: 610.993.4221
Fax: 610.407.0701

Attorneys for
VWR International, LLC

*[signature]*
Michael P. Mazza
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
Tel: 630-858-5071
Fax: 630-282-7123

Attorneys for PSN
ILLINOIS, LLC