

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRCT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PSN Illinois, LLC, | ) | 08cv3742 |
| | ) | Case No. 08 cv 3742 |
| Plaintiff, | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| vs. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Origene Bioscience, and Millipore Corp., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CONSENT JUDGMENT ORDER AS TO
## DEFENDANT ORIGENE TECHNOLOGIES, INC.

This action has come before the Court upon the pleadings and proceedings of record, and it has been represented to the Court that the parties, plaintiff PSN Illinois, LLC ("PSN") and defendant Origene Technologies, Inc. ("Origene"), collectively "the Parties," have agreed to a compromise and settlement of this action and have entered into a Confidential Settlement and License Agreement dated September 22, 2008 ("the Agreement") wherein Origene has agreed to the entry of this judgment;

WHEREFORE, with the consent of the Parties, through their undersigned attorneys, and with the approval of this Court, it is hereby finally ORDERED, ADJUDGED AND DECREED as follows:

1. The Court has jurisdiction over the parties and the subject matter of this action.

2. PSN owns and has standing to sue for infringement of United

States Patent No. 5,856,443, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Jan. 5, 1999, and United States Patent No. 6,518,414B1, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Feb. 11, 2003 ("PSN's Patents").

3. Each of the claims of PSN's Patents is valid and enforceable.

4. PSN's Patents have been infringed by Origene through Origene's use, sale and/or offer for sale of "infringing products," products and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $P^{H218}$ ("S1P2"), that fall within the scope of claims of PSN's Patents, including at least the following Origene products:

　　i. Homo sapiens endothelial differentiation, sphingolipid G-protein coupled receptor, 5 (EDG5) as 10ug transfection ready DNA NM_004230.2 (Catalog # SC117485);

　　ii. HuSH 29mer shRNA Constructs against EDG5 Locus ID = 9294 (Catalog # TR313297);

　　iii. ORF Clone of Homo sapiens endothelial differentiation, sphingolipid G-protein-coupled receptor, 5 (EDG5) as 10 ug transfection ready DNA NM_004230.2 (Catalog # RC210163); and

　　iv. shRNA constructs against Mus musculus Edg5 Locus ID = 14739 (Catalog # TR513284).

5. Subject to Paragraph 6(b) of the Agreement, no payment for or release of the infringing products which may have been used by any third parties is provided, and PSN is free to pursue its damages claim in this action against such third parties.

6. Origene agrees to and hereby waives and relinquishes the right to ever contest the validity or enforceability of either of PSN Patents and any of their claims in their present form, whether such assertion of invalidity or unenforceability would be made in a court proceeding or Patent Office proceeding, and whether or not such assertion is made with respect to the infringing products in this action or with respect to any other products that may be made, used, sold and/or offered for sale by Origene in the future.

7. All claims and defenses of each of the Parties are hereby dismissed with prejudice.

8. The parties shall each bear their own costs and attorney fees incurred in this action, and the Court shall retain jurisdiction to enforce the terms of this Consent Judgment Order and the corresponding Agreement between the parties concerning this action.

Dated: Oct. 2 2008 _____
Honorable Rebecca R. Pallmeyer
United States District Court Judge

_____
Jeffrey R. Cohen
Millen, White, Zelano & Branigan
2200 Clarendon Blvd., Suite 1400
Arlington, VA 22201
Tel: 703-243-6333
Fax: 703-243-6410
**Attorney for Origene Technologies, Inc.**

_____
Michael P. Mazza
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
Tel: 630-858-5071
Fax: 630-282-7123
**Attorney for PSN ILLINOIS, LLC**