IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PSN Illinois, LLC, | ) |
| | ) CASE NO. 08 CV 3742 |
| PLAINTIFF, | ) |
| | ) JUDGE REBECCA R. PALLMEYER |
| vs. | ) |
| | ) |
| Sigma-Aldrich Corp., et.al., | ) |
| | ) |
| DEFENDANTS. | ) |

### AGREED ORDER

By agreement of counsel, Docket No. 127, "PLAINTIFF PSN ILLINOIS LLC'S RESPONSE IN OPPOSITION TO PFIZER'S MOTION TO QUASH PLAINTIFF'S SUBPOENA FOR DOCUMENTS AND DEPOSITION," shall be removed from the CM/ECF Electronic Filing System of the United States District Court Northern District of Illinois, Eastern Division.

So Ordered:

October 23, 2008

ENTER:

_____
JUDGE REBECCA R. PALLMEYER