# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

PSN Illinois, LLC  
                        Plaintiff,

v.                                      Case No.: 1:08–cv–03742  
                                      Honorable Rebecca R. Pallmeyer

Sigma–Aldrich Corp., et al.  
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 5, 2008:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 11/5/2008. Status hearing set for 1/14/2009 at 09:00 AM. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.