Order Form (01/2005)



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3742 | **DATE** | 11/5/2008 |
| **CASE TITLE** | PSN Illinois, LLC vs. Sigma-Aldrich Corp., et al | | |

**DOCKET ENTRY TEXT**

Plaintiff PSN Illinois LLC's motion to prove up damages against Orbigen, Inc. [118] granted. Defendant, Orbigen, Inc. is ordered to provide corroborating sales information to PSN Illinois, LLC; is ordered to pay PSN Illinois, LLC a reasonable royalty of 20% of the corroborates sales figures; and is ordered to pay $5,000.00 in legal fees to PSN Illinois, LLC. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 NOV -5 PM 2:17
FILED