IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PSN Illinois, LLC, ) | |
| ) | CASE NO. 08 CV 3742 |
| PLAINTIFF, ) | |
| ) | JUDGE REBECCA R. PALLMEYER |
| vs. ) | |
| ) | |
| Sigma-Aldrich Corp., et.al., ) | |
| ) | |
| DEFENDANTS. ) | |

**MOTION TO ENFORCE SETTLEMENT AGREEMENT WITH DEFENDANT TOCRIS BIOSCIENCE A/K/A TOCRIS COOKSON (TOCRIS)**

Plaintiff, PSN ILLINOIS, LLC ("PSN") respectfully requests that this Court order defendant, Tocris Bioscience a/k/a Tocris Cookson ("Tocris"), to comply with the confidential settlement agreement ("the Agreement") accepted by Tocris, for the following reasons:

1. PSN filed its claim for patent infringement on July 1, 2008 (see Docket No. 1, PSN Complaint at ¶¶ 3, 12) against ten defendants, including Tocris.

2. On November 19, 2008 counsel for Tocris accepted a confidential settlement offer from PSN and the matter was thereby settled, parties thereafter to exchange signed documents (see Exhibit A, A Martin email).

3. On December 8, 2008 counsel for PSN forwarded executed settlement documents to Tocris' counsel for his client to sign (see Exhibit B, D. Drexler email).

4. On January 12, 2009, counsel for Tocris forwarded executed settlement documents to PSN's counsel. The documents were signed by Tocris on January 9, 2009, the Effective Date of the Agreement (see Exhibit C, A. Martin email).

5. The Agreement requires Tocris to make a payment to PSN within five (5) days of the Effective Date. This payment was due January 14, 2009.

6. To date Tocris has not paid PSN.

7.      Counsel for PSN has reminded counsel for Tocris by email and telephone of the outstanding payment (see Exhibit D, various email exchanges between D. Drexler and A. Martin).

8.      In addition, Tocris did not notarize the affidavit it provided with its signed settlement documents, as required under the Agreement. Counsel for Tocris promised to provide counsel for PSN with a corrected and notarized affidavit. To date counsel for PSN has not received the corrected notarized affidavit (Exhibit D, various emails between D. Drexler and A. Martin).

9.      Accordingly, PSN respectfully requests that this Court order Tocris to comply with the Agreement it entered into with PSN on January 9, 2009, to provide payment required by the Agreement, and to provide PSN with the notarized affidavit, within five (5) days by entry of the order attached hereto as Exhibit E.

WHEREFORE, PSN moves this Court to enter the order in the form attached as Exhibit E.

Dated: January 27, 2009                    **PSN ILLINOIS, LLC**

By:    /s/ Dana L. Drexler

Dana L. Drexler
MICHAEL P. MAZZA, LLC.
686 Crescent Blvd
Glen Ellyn, IL 60137
Tel: 630-858-5071
Fax: 630-858-0373
E-mail: dana@mazzallc.com