# EXHIBIT A

# Dana Drexler

**From:** Martin, Anthony [Anthony.Martin@huschblackwell.com]
**Sent:** Wednesday, November 19, 2008 2:16 PM
**To:** Dana Drexler
**Subject:** RE: Emailing: Tocris__Settlement_Agreement1.pdf

We accept. I will attend to execution of the documents. Please call with any questions.

**HUSCHBLACKWELL SANDERS LLP**

**Anthony Martin**
Husch Blackwell Sanders LLP
720 Olive Street, Suite 2400
St. Louis, MO 63101
Direct Phone: 314.345.6202
Direct Fax: 314.345.6060
EMail: anthony.martin@huschblackwell.com
Web: www.huschblackwell.com

-----Original Message-----
**From:** Dana Drexler [mailto:Dana@mazzallc.com]
**Sent:** Tuesday, October 28, 2008 3:40 PM
**To:** Martin, Anthony
**Subject:** RE: Emailing: Tocris__Settlement_Agreement1.pdf

Anthony,

In response to your proposal sent yesterday, please see the attached proposal in clean Word format. We have marked up your proposed agreement, so you can see what has been added or deleted from it. Feel free to call us to discuss.

Regards,

Dana

**From:** Martin, Anthony [mailto:Anthony.Martin@huschblackwell.com]
**Sent:** Monday, October 27, 2008 4:01 PM
**To:** Dana Drexler
**Subject:** Emailing: Tocris__Settlement_Agreement1.pdf

Looks like I missed the date on the agreement. My apologies.

**Anthony Martin**
Husch Blackwell Sanders LLP
720 Olive Street, Suite 2400
St. Louis, MO 63101
Direct Phone: 314.345.6202
Direct Fax: 314.345.6060
EMail: anthony.martin@huschblackwell.com
Web: www.huschblackwell.com

Pursuant to IRS requirements, we inform you that any federal tax advice contained in this message (including all constituent email correspondence, attachments, enclosures and/or exhibits) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. ~#13f

# EXHIBIT B

**Dana Drexler**

| | |
|---|---|
| **From:** | Dana Drexler |
| **Sent:** | Monday, December 08, 2008 11:52 AM |
| **To:** | 'Martin, Anthony' |
| **Subject:** | PSN v Tocris |
| **Attachments:** | Settlement_Agreement_FINAL_.pdf; CJO_Tocris_FINAL.pdf; PSN signature pages.pdf; Affidavit.doc |

Dear Anthony,

    Attached are final settlement documents in the above referenced matter. Our client has signed the settlement agreement, and our firm has signed the CJO. These signature pages are attached as their own document. Please note that we made a few minor corrections to the Agreement and CJO. However, the meaning therein should not be changed. Following are the corrections for your convenience in review:

In the CJO:
- At paragraph 4, line 2 we deleted "products" as redundant
- At paragraph 6, line 2 we deleted "(Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $_p$H218)" as redundant
- At paragraph 7, line 6 inserted "embodying S1P2 Technology" to clarify

In the Settlement Agreement:
- At paragraph 1 we added "including but not limited to the S1P2 antagonist JTE-013" to clarify.

    Please have the Agreement, CJO, and affidavit signed as soon as possible. Should you have any questions, please do not hesitate to contact me. I look forward to hearing from you and concluding this matter soon.

Best regards,

Dana

**Dana L. Drexler**
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60637
p: 630.858.5071
f: 630.858.0373
e: dana@mazzallc.com
www.mazzalawfirm.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender by reply email and destroy all copies of the original message.

---

**From:** Martin, Anthony [mailto:Anthony.Martin@huschblackwell.com]
**Sent:** Wednesday, November 19, 2008 2:16 PM
**To:** Dana Drexler
**Subject:** RE: Emailing: Tocris__Settlement_Agreement1.pdf

We accept. I will attend to execution of the documents. Please call with any questions.

**Anthony Martin**
Husch Blackwell Sanders LLP
720 Olive Street, Suite 2400
St. Louis, MO 63101
Direct Phone: 314.345.6202
Direct Fax: 314.345.6060
EMail: anthony.martin@huschblackwell.com
Web: www.huschblackwell.com

1/5/2009

-----Original Message-----
**From:** Dana Drexler [mailto:Dana@mazzallc.com]
**Sent:** Tuesday, October 28, 2008 3:40 PM
**To:** Martin, Anthony
**Subject:** RE: Emailing: Tocris__Settlement_Agreement1.pdf

Anthony,

In response to your proposal sent yesterday, please see the attached proposal in clean Word format. We have marked up your proposed agreement, so you can see what has been added or deleted from it. Feel free to call us to discuss.

Regards,

Dana

---

**From:** Martin, Anthony [mailto:Anthony.Martin@huschblackwell.com]
**Sent:** Monday, October 27, 2008 4:01 PM
**To:** Dana Drexler
**Subject:** Emailing: Tocris__Settlement_Agreement1.pdf

Looks like I missed the date on the agreement. My apologies.



**Anthony Martin**
Husch Blackwell Sanders LLP
720 Olive Street, Suite 2400
St. Louis, MO 63101
Direct Phone: 314.345.6202
Direct Fax: 314.345.6060
EMail: anthony.martin@huschblackwell.com
Web: www.huschblackwell.com

Pursuant to IRS requirements, we inform you that any federal tax advice contained in this message (including all constituent email correspondence, attachments, enclosures and/or exhibits) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. ~#13f

1/5/2009

# EXHIBIT C

## Dana Drexler

| | |
|---|---|
| **From:** | Martin, Anthony [Anthony.Martin@huschblackwell.com] |
| **Sent:** | Monday, January 12, 2009 3:46 PM |
| **To:** | Dana Drexler |
| **Subject:** | Signed Docs |
| **Attachments:** | 2009011215192028.pdf |



2009011215192028
.pdf (437 KB)

Dana,

Here are the scanned documents.  I will send over the originals when I have them in hand.
Thanks.


Pursuant to IRS requirements, we inform you that any federal tax advice contained in this
message (including all constituent email correspondence, attachments, enclosures and/or
exhibits) is not intended or written to be used, and cannot be used, for the purpose of
(i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any transaction or matter addressed herein. ~#13f

# EXHIBIT D

## Dana Drexler

**From:** Dana Drexler
**Sent:** Tuesday, January 27, 2009 4:26 PM
**To:** 'Martin, Anthony'
**Subject:** PSN/TOCRIS

Anthony,

I left you a voicemail message today regarding the PSN/Tocris Settlement Agreement.  To date our client has not received payment under the Agreement from Tocris.  As you are aware, a payment was due 5 days after the "Effective Date" which we agreed was the date your client signed the agreement 1-9-09.  Payment was due 1-14-09.  Please advise me as to why Tocris has failed to make this payment.  Also, we are missing the notarized affidavit (the one your client signed was not notarized).  I look forward to hearing from you soon on this matter.

Regards,

Dana

-----Original Message-----
From: Martin, Anthony [mailto:Anthony.Martin@huschblackwell.com]
Sent: Tuesday, January 20, 2009 12:16 PM
To: Dana Drexler
Subject: RE: Signed Docs

I will find out.

-----Original Message-----
From: Dana Drexler [mailto:Dana@mazzallc.com]
Sent: Tuesday, January 20, 2009 12:05 PM
To: Martin, Anthony
Subject: RE: Signed Docs


Thanks, Anthony.  Do you know about the status of the payment?

-----Original Message-----
From: Martin, Anthony [mailto:Anthony.Martin@huschblackwell.com]
Sent: Tuesday, January 20, 2009 12:00 PM
To: Dana Drexler
Subject: RE: Signed Docs

Dana,

Thanks for the note.  Our rep in England was unaware of the Notary function required.  Apparently, they have other attorneys attest to signature.  They are correcting the Notary issue right now and I should get the documents back shortly.  If they send electronically first, I will shoot the document to you.


-----Original Message-----
From: Dana Drexler [mailto:Dana@mazzallc.com]
Sent: Tuesday, January 20, 2009 11:54 AM
To: Martin, Anthony
Subject: RE: Signed Docs


Anthony,

To my knowledge we have not received a check or transfer of funds for

1

settlement. Your client signed the documents on 1-9-08, and payment was due five (5) days after that date. As I mentioned to you on the phone we are awaiting the notarized affidavit and payment before we will submit the CJO to the Court. This case is set for status on 1-30-09; and I would appreciate a response from you as soon as possible on this issue.

Thanks,

Dana

-----Original Message-----
From: Martin, Anthony [mailto:Anthony.Martin@huschblackwell.com]
Sent: Monday, January 12, 2009 3:46 PM
To: Dana Drexler
Subject: Signed Docs

Dana,

Here are the scanned documents. I will send over the originals when I have them in hand. Thanks.


Pursuant to IRS requirements, we inform you that any federal tax advice contained in this message (including all constituent email correspondence, attachments, enclosures and/or exhibits) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. ~#13f

2

EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PSN Illinois, LLC, | ) | |
| | ) | CASE NO. 08 CV 3742 |
| PLAINTIFF, | ) | |
| | ) | JUDGE REBECCA R. PALLMEYER |
| vs. | ) | |
| | ) | |
| Sigma-Aldrich Corp., et.al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

### ORDER

This matter, coming before the Court on PSN Illinois LLC's MOTION TO ENFORCE SETTLEMENT AGREEMENT WITH DEFENDANT TOCRIS BIOSCIENCE A/K/A TOCRIS COOKSON (TOCRIS), all parties given due notice and the Court being fully advised on the premises;

**It is hereby ordered:**

Defendant, Tocris is ordered to comply with the Agreement as agreed to by the parties on November 18, 2008 and with the Effective Date of January 12, 2009, such that Tocris must provide PSN with:

(1) A notarized affidavit as agreed to by the parties; and

(2) Payment as agreed to by the parties.

within five (5) days of entry of this Order.

ENTERED: _____

_____
Honorable Judge Pallmeyer