**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PSN ILLINOIS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CV 3742 |
| | ) | |
| SIGMA –ALDRICH CORP., EMD | ) | Rebecca R. Pallmeyer |
| CHEMICALS INC., VWR | ) | |
| INTERNATIONAL LLC, ORBIGEN , | ) | |
| INC., AXXORA LIFE SCIENCES, INC., | ) | |
| CAYMAN CHEMICAL COMPANY, | ) | |
| INC., ORIGENE TECHNOLOGIES, INC., | ) | |
| SUPERARRAY BIOSCIENCE CORP., | ) | |
| TOCRIS BIOSCIENCE, AND | ) | |
| MILLIPORE CORP. | ) | |
| | ) | |
| Defendants. | ) | |

**THIRD-PARTY DEFENDANT EXALPHA BIOLOGICALS, INC.'S ANSWER TO THIRD-PARTY PLAINTIFF SIGMA-ALDRICH CO.'S THIRD-PARTY COMPLAINT**

Third-party Defendant Exalpha Biologicals, Inc., ("Exalpha") by and through its attorney Catherine Rajwani of the law firm The Harbor Law Group, responds to third-party plaintiff Sigma-Aldrich Company's ("Sigma") third-party complaint as follows:

1.  Exalpha admits that the underlying lawsuit arises under the patent laws of the United States. Exalpha admits that Sigma's third-party complaint includes claims for indemnity with respect to the underlying lawsuit. Exalpha denies the remaining allegations of paragraph 1.

2.  Exalpha admits that it is a corporation organized under the laws of the State of Massachusetts. Exalpha denies the remaining allegations of paragraph 2. Exalpha has a principal place of business at 2 Shaker Road, Unit B101, Shirley, Massachusetts 01464.

3.  Exalpha admits that this Court has subject matter jurisdiction over this action.

4. Exalpha admits that this Court has personal jurisdiction over Exalpha.

5. Exalpha lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5 and therefore denies them.

6. Exalpha lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 6 and therefore denies them.

7. Exalpha lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7 and therefore denies them.

8. Exalpha lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8 and therefore denies them.

9. Exalpha lacks knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9 and therefore denies them.

WHEREFORE, Exalpha respectfully requests that the Court deny Sigma's requested relief.

February 23, 2009    By:    /s/ Catherine Rajwani_____
                            Admitted *Pro Hac Vice*
                            The Harbor Law Group
                            385 South Street
                            Shrewsbury, MA 01545
                            Phone: (508) 842-9244
                            Fax:    (508) 842-9311
                            Email: crajwani@harborlaw.com
                            Attorneys for Exalpha Biologicals, Inc.

## **CERTIFICATE OF SERVICE**

This document is being served through the Court's electronic filing system on February 23, 2009.

/s/ Catherine Rajwani_____