IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRCT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PSN Illinois, LLC, | ) | |
| | ) | Case No. 08 cv 3742 |
| Plaintiff, | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| vs. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CONSENT JUDGMENT ORDER AS TO
## DEFENDANT TOCRIS BIOSCIENCE A/K/A TOCRIS COOKSON, INC.

This action has come before the Court upon the pleadings and proceedings of record, and it has been represented to the Court that the parties, plaintiff PSN Illinois, LLC ("PSN") and defendant Tocris Bioscience a/k/a Tocris Cookson Inc. (Tocris), collectively "the Parties," have agreed to a compromise and settlement of this action and have entered into a Confidential Settlement And License Agreement dated December 2, 2008 ("the Settlement Agreement") wherein Tocris has agreed to the entry of this judgment, including to withdraw its answer and defenses in this matter;

WHEREFORE, with the consent of the Parties, through their undersigned attorneys, and with the approval of this Court, it is hereby finally ORDERED, ADJUDGED AND DECREED as follows:

1.　　The Court has jurisdiction over the parties and the subject matter

of this action.

2. PSN owns and has standing to sue for infringement of United States Patent No. 5,856,443, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Jan. 5, 1999, and United States Patent No. 6,518,414B1, entitled "Molecular Cloning And Expression of G-Protein Coupled Receptors," issued on Feb. 11, 2003 ("PSN's Patents").

3. Each of the claims of PSN's Patents is valid and enforceable.

4. PSN's Patents have been infringed by Tocris through Tocris' use, sale and/or offer for sale of "infringing products" and services utilizing Sphingosine 1-Phosphate Receptor 2/ aka Edg 5/ aka $P^{H218}$ ("S1P2") that fall within the scope of claims of PSN's Patents, including at least the following Tocris product: S1P receptor antagonist, highly selective for S1P2 (EDG-5) (Catalog # 2392 JTE-013).

5. No payment for or release of the same infringing products which may be used by any third parties is provided here or in the parties' Settlement Agreement, and PSN is free to pursue its damages claim in this action against such third parties.

6. Tocris will no longer manufacture, use, sell or offer to sell "infringing products," including polynucleotides encoding the S1P2 receptor, complementary polynucleotides, or polypeptides, antibodies and expression data derived therefrom ("S1P2 Technology"), without first obtaining a license from PSN authorizing this.

7. Tocris agrees to and hereby waives and relinquishes the right to ever contest the validity or enforceability of either of PSN Patents and any of their claims in their present form, whether such assertion of invalidity or unenforceability would be made in a court proceeding or Patent Office proceeding, and whether or not such

assertion is made with respect to the infringing products in this action or with respect to any other products embodying S1P2 Technology that may be made, used, sold and/or offered for sale by Tocris in the future.

8. All claims and defenses of each of the Parties are hereby dismissed with prejudice.

9. The parties shall each bear their own costs and attorney fees incurred in this action, and the Court shall retain jurisdiction to enforce the terms of this Consent Judgment Order and the corresponding Settlement Agreement between the parties concerning this action.

Dated: 2/19 2009

_____
Honorable Rebecca R. Pallmeyer
United States District Court Judge

_____
Husch Blackwell Sanders LLP
120 S. Riverside Plaza, #2200
Chicago, IL 60606

Attorney for Tocris Bioscience
a/k/a Tocris Cookson, Inc.

_____
Michael P. Mazza
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
Tel: 630-858-5071
Fax: 630-282-7123

Attorney for PSN
Illinois, LLC

Lawrence Cox
17th January 2009