MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PSN Illinois, LLC, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>Sigma-Aldrich Corp., EMD Chemicals Inc., VWR International LLC, Orbigen, Inc., Axxora Life Sciences, Inc., Cayman Chemical Company, Inc., Origene Technologies, Inc., Superarray Bioscience Corp., Tocris Bioscience, and Millipore Corp.,<br><br>Defendants. | Civil Action No. 1:08-CV-3742<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Maria Valdez |

## STIPULATED DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Axxora Life Sciences, Inc. and PSN Illinois, LLC (the "Parties") stipulate to the dismissal with prejudice of all claims and counterclaims filed against each other in this action. It is also stipulated that the Parties will bear their own attorneys' fees and costs. It is further stipulated that the Court shall retain personal jurisdiction over the parties for purposes of enforcing the terms of their settlement if subject matter jurisdiction otherwise exists.

/s/ Laura A. Wytsma
Laura A. Wytsma
Loeb & Loeb LLP
10100 Santa Monica Blvd, Suite 2200
Los Angeles, CA 90067
lwytsma@loeb.com

Attorney for Axxora Life Sciences, Inc.

/s/ Michael P. Mazza
Michael P. Mazza
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, IL 60137
(630) 858-5071
mazza@mazzallc.com

Attorney for PSN Illinois, LLC

Having read the parties' stipulation and good cause appearing therefor, the Court hereby dismisses with prejudice all claims and counterclaims filed in this action, with all parties bearing their own attorneys' fees and costs. The Court shall retain personal jurisdiction over the parties for purposes of enforcing the terms of their settlement if subject matter jurisdiction otherwise exists.

**IT IS SO ORDERED.**

Dated: June 23, 2009

_____
The Honorable Rebecca R. Pallmeyer
United States District Court Judge