

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRCT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PSN Illinois, LLC, | ) | |
| | ) | Case No. 08 cv 3742 |
| Plaintiff, | ) | O8cv 3742 |
| | ) | Judge Rebecca R. Pallmeyer |
| vs. | ) | |
| | ) | Magistrate Judge Maria Valdez |
| Sigma-Aldrich Corp., et. al. | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATED DISMISSAL

This Stipulated Dismissal ("Dismissal") is entered into by and between PSN Illinois, LLC ("PSN") and Sigma-Aldrich Corporation ("Sigma"), and shall become effective upon the date of entry (hereinafter the "Effective Date") by the Court of this Dismissal in the litigation captioned PSN Illinois, LLC v. Sigma-Aldrich Corp., et. al., Civil Action No. 1:08-cv-3742, which is currently pending before Judge Pallmeyer in the United States District Court for the Northern District of Illinois, Eastern Division (hereinafter the "Litigation"). The Litigation comes before the Court upon the pleadings and proceedings of record, and PSN and Sigma, collectively the "Parties," hereby represent to the Court that the Parties have agreed to a compromise and settlement of the Litigation and have entered into a Confidential Settlement and License Agreement dated the 11th day of June, 2009 (the "Agreement");

WHEREAS PSN initiated the Litigation against Sigma by filing a complaint alleging, *inter alia*, infringement of United States Letters Patent Nos. 5,856,443 and 6,518,414B1 (the "patents-in-suit") and Sigma denies all allegations of infringement; and

WHEREAS PSN and Sigma have agreed to settle, adjust, compromise and resolve the Litigation on such terms as are set forth in the Settlement Agreement and in this Dismissal.

NOW, THEREFORE, in consideration of the mutual promises, agreements, covenants

and conditions herein contained, and those contained in the Settlement Agreement, PSN and Sigma, by and through their undersigned counsel, hereby agree as follows:

1. PSN hereby agrees to dismiss all claims asserted in the Litigation against Sigma with prejudice.

2. PSN and Sigma agree that each party bear its own costs and attorney fees incurred in the Litigation.

3. PSN and Sigma recognize the confidential Agreement between the parties.

4. The Court shall retain jurisdiction over the Litigation and the parties for the purpose of enforcing the terms of this Dismissal and the Agreement.

| | |
|---|---|
| /s/ LaDonna Boeckman | /s/ Michael P. Mazza |
| LaDonna L. Boeckman | Michael P. Mazza |
| Cray Huber Horstman Heil & VanAusdal LLC | Michael P. Mazza, LLC |
| 303 W. Madison Street | 686 Crescent Blvd. |
| Suite 2200 | Glen Ellyn, IL 60137 |
| Chicago, IL 60604 | Tel: (630) 858-5071 |
| Tel: (312) 332-8516 | Fax: (630) 282-7123 |
| Fax: (312) 332-8451 | |
| | |
| Attorney for Sigma | Attorney for PSN Illinois, LLC |

Pursuant to the foregoing agreement and stipulations of the parties,

**IT IS SO ORDERED.**

Dated: June 25, 2009

The Honorable Rebecca R. Pallmeyer
United States District Court Judge